A CERTIFIED TRUE COPY
ATTEST
By Denise Morgan-Stone on Jul 06, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Filed: 07/06/09
U.S. District Court
East Dist. of MI Detroit

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 17, 2009

FILED
CLERK'S OFFICE

**IN RE: REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION**

MDL No. 2042

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 9, 2009, the Panel transferred three civil actions to the United States District Court for the Eastern District of Michigan for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  See _F.Supp.2d (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Sean F. Cox.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Michigan and assigned to Judge Cox.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Michigan for the reasons stated in the order of June 9, 2009, and, with the consent of that court, assigned to the Honorable Sean F. Cox.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Michigan.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 06, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By *Sarah Schoenherr*
Deputy Clerk

IN RE: REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION                                                                                         MDL No. 2042

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**CALIFORNIA NORTHERN**
  CAN  3    09-1717         Maria Gounaris v. Tecumseh Products Co., et al.    09-12641
  CAN  3    09-1836         Bongo Burger, Inc. v. Tecumseh Products Co., et al.    09-12642

**DISTRICT OF COLUMBIA**
  DC   1    09-532          Burritt Appliance Service v. Tecumseh Products Co., et al.    09-12643

**MARYLAND**
  MD   1    09-618          Follett Corp. v. Tecumseh Products Co., et al.    09-12644
  MD   1    09-641          American Industrial Contractors, Inc. v. Danfoss A/S, et al.    09-12645
  MD   1    09-655          Wettstein & Sons, Inc., etc. v. Tecumseh Products, Co., et al.    09-12646
  MD   1    09-676          Seatrade International Co. v. Tecumseh Products Co., et al.    09-13647
  MD   1    09-736          Wilma Francis v. Tecumseh Products Co., et al.    09-12648
  MD   1    09-807          Friedhaber's v. Whirlpool Corp., et al.    09-13649
  MD   1    09-834          Distinctive Companies, Ltd. v. Tecumseh Products Co., et al.    09-12650
  MD   1    09-1104         Victoria Winslow, et al. v. Appliances Components Companies, SpA, et al.    09-12651
  MD   1    09-1205         AAA Refrigeration & Air Conditioning, Inc. v. Tecumseh Products Co., et al.    09-12652

**NEW JERSEY**
  NJ   2    09-994          Appliance Parts Distributors, Inc. v. Tecumseh Products Co., et al.    09-12653
  NJ   2    09-1122         The Mitchell Co., Inc. v. Tecumseh Products Co., et al.    09-12654
  NJ   2    09-1135         Appliance Towne, Inc. v. Tecumseh Products, Co., et al.    09-12655
  NJ   2    09-1436         South Texas Ventilation Heating & Air Conditioning v. Panasonic Corp., et al.    09-12656
  NJ   2    09-1574         John Lucido, etc. v. Tecumseh Products Co., et al.    09-12657
  NJ   2    09-1578         Beatrice Scannapieco v. Tecumseh Products Co., et al.    09-12658
  NJ   2    09-1719         Amy Gunnett, etc. v. Tecumseh Products Co., et al.    09-12660
  NJ   2    09-2175         B&B Remodeling & Foundation, LLC v. Panasonic Corp., et al.    09-12661

**NEW YORK SOUTHERN**
  NYS  1    09-2830         Altered Air, Inc. v. Tecumseh Products Co., et al.    09-12662

**OHIO SOUTHERN**
  OHS  1    09-157          Cincinnnati Sub-Zero Products, Inc., et al. v. Tecumseh Products Co., et al.    09-12663

**PENNSYLVANIA EASTERN**
  PAE  2    09-1082         DC&H Mechanics, Inc. v. Tecumseh Products Co., et al.    09-12664