UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors Antitrust Litigation

_____/

Case No. 2:09-md-02042

HONORABLE SEAN F. COX
United States District Court

ORDER REGARDING MOTIONS FOR APPOINTMENT AS INTERIM CLASS COUNSEL

The Court held a status conference with the parties on August 24, 2009. At that conference, the Court set a timetable for plaintiffs' counsel to submit Motions for Appointment as Interim Class Counsel/Liaison Counsel, as well as for Appointment to the Interim Executive Committee, for both the plaintiffs and for the indirect-purchaser plaintiffs.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motions for Appointment as Interim Class Counsel/Liaison Counsel and for Appointment to the Interim Executive Committee must be filed **NO LATER THAN Wednesday, September 9, 2009**. Response briefs, if any, must be filed by Defendants **NO LATER THAN Thursday, September 17, 2009**.

**IT IS SO ORDERED**.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 24, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 24, 2009, by electronic and/or ordinary mail.

s/Jennifer Hernandez
Case Manager

1