**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042<br><br>MDL. No. 2042<br><br>Honorable Sean F. Cox |

**MOTION BY THE VAST MAJORITY OF DIRECT**
**PURCHASER PLAINTIFFS FOR THE APPOINTMENT OF**
**THE MILLER LAW FIRM, P.C AS SOLE INTERIM LEAD**
**COUNSEL AND THAT NO EXECUTIVE COMMITTEE BE APPOINTED NOW**

The vast majority of Direct Purchaser Plaintiffs in this multi-district litigation, through their counsel, respectfully submit this Motion, and in support state as follows:

1.    On August 24, 2009, the Direct Purchaser Plaintiffs, through counsel, appeared before this Honorable Court for a status conference.

2.    On August 24, 2009, this Court entered an Order Regarding Motions For Appointment As Interim Class Counsel (Docket No. 73), in which the Court ordered that "Plaintiffs' Motions for Appointment as Interim Class Counsel/Liaison Counsel and for Appointment to the Interim Executive Committee must be filed NO LATER THAN Wednesday, September 9, 2009."

3.    This Motion and accompanying Brief in support are submitted pursuant to the Court's Order.

WHEREFORE, based upon the foregoing and based on the Brief in support of this Motion, the movants request that the Miller Law Firm, PC be appointed sole interim lead counsel and that no executive committee be appointed now.  In the alternative, if the court determines that an executive committee is necessitated, movants request that The Miller Law Firm, PC be

appointed sole interim lead counsel and Kaplan Fox and Hausfeld LLP be designated as the members of the executive committee.

DATED: September 9, 2009          Respectfully Submitted,

**THE MILLER LAW FIRM, PC**

   /s/   E. Powell Miller
E. Powell Miller (P39487)
David H. Fink (P28235)
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE:  REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No.  2:09-md-2042 <br><br> MDL. No. 2042 <br><br> Honorable  Sean F. Cox |

**BRIEF IN SUPPORT OF THE MOTION BY THE VAST**
**MAJORITY OF DIRECT PURCHASER PLAINTIFFS FOR THE**
**APPOINTMENT OF THE MILLER LAW FIRM, P.C AS SOLE INTERIM LEAD**
**COUNSEL AND THAT NO EXECUTIVE COMMITTEE BE APPOINTED NOW**

## <u>TABLE OF CONTENTS</u>

CONTROLLING OR MOST APPROPRIATE AUTHORITIES……………………..……..….ii

STATEMENT OF ISSUES PRESENTED………………………………….…………...iii

A.  Standards Governing The Present Motion…………………………………………..1

B.  The Miller Law Firm Is Well-Qualified To Lead The Prosecution of This Case...………..2

C.  Co-Lead Counsel Is Not Necessary In This Case…………………….……………………..5

D.  The OnStar Model Works: No Executive Committee is Necessary……………………...6

E.  In the Alternative, if the Court Finds it Appropriate to Appoint an Executive Committee, The Kaplan Fox and Hausfeld Firms Should be Selected as an Executive Committee………….………………………………………..……..…………………..7

   1. The Kaplan Fox firm is Well-Qualified…..……………..……………………………7

      a.  Background of Kaplan Fox……………....……………………………...7

      b.  The Kaplan Fox Team…..………………………..……………………9

   2. The Hausfeld Firm Is Well Qualified…..……………………………………..……....10

F.  The MLF Application Has Strong Support From Firms Experienced In Complex Antitrust Class Action Litigation…………………….…………13

## <u>CONTROLLING OR MOST APPROPRIATE AUTHORITIES</u>

Federal Rule of Civil Procedure 23(g)

## STATEMENT OF ISSUES PRESENTED

Should the Miller Law Firm, PC be appointed as sole interim lead counsel?

     Movants Say:  Yes

Should an executive committee be created at this time?

     Movants Say:  No

If the Court determines that the creation of an executive committee is warranted, should the law firms Kaplan Fox and Hausfeld LLP be designated its sole members?

     Movants Say: Yes

A.    <u>**Standards Governing The Present Motion**</u>

Pursuant to Federal Rule of Civil Procedure 23(g)(3), this Court may "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action."  Similarly, the *Manual for Complex Litigation (Fourth)* (2007) (the "*Manua*l") recommends that early in complex litigation the court select and authorize one or more attorneys to act on behalf of other counsel and their clients.  Counsel so designated "assume a responsibility to the court and an obligation to act fairly, efficiently, and economically in the interests of all parties and parties' counsel." *Manual*, § 10.22.

While neither Rule 23(g) nor the Advisory Committee Notes explicitly state the standards to be applied in choosing interim class counsel, courts have held that the same factors that apply in choosing class counsel at the time of certification of the class (that is, the standards set forth in Rule 23(g)(1)) apply in choosing interim class counsel.  *See, e.g., Hill v. The Tribune Co*., No. 05 C 2602, 2005 WL 3299144, at *3 (N.D. Ill. Oct. 13, 2005) ("Rule 23(g) provides criteria to consider when appointing class counsel.  No distinction is made regarding appointing interim counsel.")

Firms designated class counsel have the duty to represent the interests of the class "fairly and adequately."  Fed. R. Civ. P. 23(g)(4).  When competing applications for class counsel are filed, the Court is directed to consider the following factors:

(i) the work counsel has done in identifying or investigating potential claims in the action;

(ii) counsel's experience in handling class actions, other complex litigation, and the type of claims asserted in the action;

(iii) counsel's knowledge of the applicable law; and

(iv) the resources that counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(A).

MLF easily meets the Rule 23(g) standards.

**B.    The Miller Law Firm Is Well-Qualified To Lead
The Prosecution of This Case**

This Motion is submitted by counsel in 32 of the 42 direct purchaser cases pending before this Court, who support the appointment of the Miller Law Firm, P.C. ("MLF") as sole Interim Lead Counsel for direct purchaser plaintiffs, and who believe that appointing an executive committee is unnecessary at this time.[1] MLF has been involved from inception, working closely with the Kaplan Fox firm to investigate the case and to file the first action in this district. Movants have consulted leading experts regarding industry and economic issues presented by this case, utilized investigators to ascertain facts and identify witnesses, researched the market and relevant products and closely monitored parallel proceedings including those taking place in Brazil. MLF has also worked closely with Kaplan Fox and Hausfeld LLP to organize most of the other counsel who filed cases in this matter.

This Motion is supported by a great majority of Michigan counsel including, Norman Tucker and Jason Thompson of Sommers Schwartz, Paul Novak of Milberg, Pat Cafferty of Cafferty Faucher and Mark Baumkel. MLF also has the support of the overwhelming majority of the firms in this litigation and representatives of three of those firms have provided affidavits in support: the Affidavit of Steven Schwartz of Chimicles & Tikellis LLP, who served as co-lead counsel with Mr. Miller on two successful national class action cases (Exhibit 2); the Affidavit of Jeffrey Kodroff of Spector, Roseman, Kodroff & Willis P.C., who led the *OSB Direct Purchaser Antitrust Litigation* and worked directly with Messrs. Miller and Fink in that national antitrust

---

[1] In support of this Motion, E. Powell Miller has submitted an Affidavit attached hereto as Exhibit 1.

MDL and witnessed the efficient and effective leadership of the MLF in *In re OnStar Contract Litig.*, MDL No. 1867 (E.D. Mich.) ("*OnStar*") (Exhibit 3); and, the Affidavit of Mark Baumkel who worked with Mr. Miller as co-lead counsel in successful national class actions against manufacturers of dietary supplements (Exhibit 4).

As confirmed by the support of the consensus of the firms that have appeared in this case, MLF is well-qualified to serve as sole Interim Lead Counsel. MLF has extensive experience litigating complex class actions and antitrust actions throughout the United States and, particularly, in the Eastern District of Michigan. As a result, MLF has been appointed lead counsel or has had substantial responsibility in numerous class action cases in the Eastern District of Michigan *continuously* since 1995. MLF also has extensive experience outside of Michigan. *See* MLF's Highlights of Class Action Experience, which is Exhibit A to the Affidavit of E. Powell Miller ("Mr. Miller"). For example, in March of 2009, MLF was appointed Co-Lead Counsel in the *AIG Securities Litigation* in the Southern District of New York representing, as Special Assistant Attorney General, the State of Michigan Retirement Systems. MLF's experience has been recognized nationally. In fact, the firm's managing shareholder, Mr. Miller, was appointed in August of 2009 as Co-Chair of the American Bar Association Subcommittee on MDL and Class Action Procedure.

Class action cases are rarely tried, but MLF believes it important to also handle complex commercial litigation cases in order to ensure that the firm has sharpened trial skills in the event trial becomes necessary in a class case. Mr. Miller has extensive trial experience, with 11 consecutive victories, including obtaining: a multi-million dollar bench trial award in July of 2009 in which the trial court described Mr. Miller's trial work as "superb;" a jury verdict in the Eastern District of Michigan for more than $10 million; a verdict in the Middle District of Florida for more than $20 million; and, several other multi-million dollar verdicts. A summary

of Mr. Miller's successes at trial is attached as Exhibit B to his accompanying Affidavit and accounts for every case that he has tried to a verdict. In addition, MLF's class action cases have resulted in more than $500 million in settlements, including two recent cases where the class received net cash recoveries of 100% of their damages.

One of those recent cases, *Street v. Siemens*, Case No. 03-885, (Pa. Ct. Com. Pls., 2005) ("*Siemens*") was featured in *Crain's Detroit Business* as a top result for 2005, likely because it was an example of a Michigan firm serving as a lead counsel[2] in an out-of-State case, which resulted in a partial summary judgment for the Plaintiff Class, and a $14.4 million settlement reflecting a 100% recovery for more than 1,000 employees in a national class action. The presiding judge, Judge Bernstein, had been assigned to oversee most class actions pending in state court in Philadelphia for a considerable period of time and presided over many class action cases. In approving the settlement in *Siemens*, Judge Bernstein commented that, "If this case does not restore public confidence in class actions then nothing will." In *Gasperoni v. Metabolife International, Inc*., No. Case No. 00-71255 (E.D. Mich. 2001), Mr. Miller served as Co-Lead counsel and achieved a multi-million dollar settlement against a dietary supplement manufacturer of dangerous dietary supplements. The District Court requested a Report and Recommendation on the quality of the work counsel performed from Richard D. Friedman, the Ralph W. Aigler Professor of Law at the University of Michigan Law School. Professor Friedman stated that "Messrs Miller and Baumkel[3] are extremely able lawyers of high standing. . . . They are smart, energetic, and resourceful. They are a credit to the bar, and specifically to the

---

[2] Steve Schwartz of the Chimicles firm was Mr. Miller's Co-Lead in the *Siemens* case. The Chimicles firm supports the Application of MLF for lead counsel in this case.

[3] Mark Baumkel was Mr. Miller's Co-Lead counsel in the Metabolife case. Mr. Baumkel supports the Application of MLF for lead counsel in this case.

plaintiffs' bar. I suspect that if more plaintiffs' lawyers were like them the public would have a far more positive view of lawyers than it has."

This year, Mr. Miller was named one of the "Top 10" lawyers in Michigan in the September 2009 rankings published by *SuperLawyers* magazine. In the last two years, nine MLF attorneys have been recognized by *SuperLawyers*. MLF has twenty attorneys experienced in complex litigation, including individual and class action antitrust litigation in numerous states.

In addition to committing the full resources of the firm to this case, MLF will commit the daily personal involvement of Mr. Miller and David H. Fink. Messrs. Miller and Fink commit to this Court that if MLF is appointed Interim Lead Counsel, they will be personally intimately involved with litigating this case, including attending hearings and will personally ensure the effective utilization of resources from the many firms which have agreed to assist in the litigation.

Further, MLF believes that it can work efficiently with defense counsel. Mr. Miller has been lead counsel in cases opposite Messrs. Sankbeil, Feeney, McIntrye and Barnes. Mr. Iwrey is a former colleague of Mr. Miller at the Honigman firm. Mr. Miller believes that mutual respect has developed between him and defense counsel over many years and that they will continue to be professional adversaries in many cases to come. Lawyers who know and trust each other promote the efficient and civil administration of complex litigation.

## C.    Co-Lead Counsel Is Not Necessary In This Case

MLF also believes that it is unnecessary to appoint co-lead counsel. Appointing two firms to serve as co-lead counsel would likely cause duplication of efforts and inefficient prosecution of this case. No co-lead counsel was appointed by this Court in *OnStar*, the case that this Court has pointed to as being instructive on how the leadership structure here should be devised. Other counsel appointment decisions in this District have similarly favored

appointment of sole lead counsel. *See In re Packaged Ice Antitrust Litig.,* No. 08-md-01952 (E.D. Mich.); *In re Delphi Corp. ERISA Litig.,* 230 F.R.D. 496, 498-99 (E.D. Mich. 2005) (appointing sole lead counsel despite request for co-lead appointment).[4]  As the accompanying affidavit of Jeffrey Kodroff, at Exhibit 3 indicates, MLF has functioned well as sole lead in *OnStar* and the case has been run efficiently and effectively.  MLF intends to do the same in this case.

       **D.**      **The *OnStar* Model Works: No Executive Committee Is Necessary**

MLF, together with the other movants, also respectfully submits that appointing an executive committee is unnecessary at this stage of the proceedings.  Designating such a committee would result in unnecessary duplication of effort, could result in the development of factions among law firms, and may impair the effective and efficient administration of this case. MLF suggests that, at least initially, MLF, as Interim Lead Counsel, should have the authority and responsibility to coordinate the efforts of attorneys willing to assist in the prosecution of this case in the same manner as it has in *OnStar*.  In *OnStar,* MLF has effectively managed the many law firms involved, thereby avoiding duplication of effort and unnecessary layers of leadership while efficiently litigating the case, without any disagreements among counsel – and without a formal executive committee.[5]  MLF would employ a similar organizational structure in the prosecution of this case.

---

[4] In other districts, there has been an increasing trend to appoint sole lead counsel in antitrust class actions. *See, e.g., In re Graphics Processing Units Antitrust Litig*., MDL No. 1827 (N.D. Cal.); *In re Static Random Access (SRAM) Antitrust Litig*., MDL No. 1819 (N.D. Cal.); *In re Cathode Ray Tube Antitrust Litig*., MDL No. 1917 (N.D. Cal.)

[5] In *On-Star*, the Court appointed David Fink of MLF as the sole member of the Executive Committee.  It has not been necessary to add layers of leadership in *OnStar*, and movants do not believe it will be necessary here.

Movants in this case, as in *OnStar*, propose a lean leadership structure with a sole lead and no executive committee or, if an executive committee is necessary, only two firms. This lean structure promotes the efficient prosecution of the case.

**E.    In the Alternative, if the Court Finds it Appropriate to Appoint an Executive Committee, the Kaplan Fox and Hausfeld Firms Should be Designated as the Sole Members of the Committee**

If the Court decides to appoint an executive committee at this time, MLF and the other firms joining in this Motion suggest that the Kaplan Fox firm and the Hausfeld firm be appointed as the members of the executive committee. Both firms have extensive experience in class action litigation and specialized expertise in antitrust litigation.

**1.    The Kaplan Fox firm is Well-Qualified**

**a.    Background of Kaplan Fox**

Specializing in antitrust and other complex cases, Kaplan Fox is one of the nation's preeminent plaintiff class action firms, with offices in New York, San Francisco, Los Angeles and Chicago, with 31 attorneys. For example, Kaplan Fox served as co-lead counsel in *In re Flat Glass Antitrust Litig.*, MDL No. 1200 (W.D. Pa.) and in *In re High Fructose Corn Syrup Litig.*, MDL No. 1087 (C.D. Ill.), two significant and successful antitrust litigations. (See attached Affidavit of Robert N. Kaplan, Exhibit 5.) Each produced key appellate rulings and the appeals were argued by two Kaplan Fox partners – Robert Kaplan in *In re Flat Glass Antitrust Litig.*, 385 F.3d 350 (3d Cir. 2004) and Greg Arenson in *In re High Fructose Corn Syrup Litig.*, 295 F.3d 651 (7th Cir. 2002). In each of these cases, Kaplan Fox successfully obtained complete or partial reversals of district court decisions granting summary judgment to defendants. Kaplan Fox attorneys then led the extensive preparation for trial of both these complicated antitrust cases until they settled within sight of trial for totals of $122 million and $531 million, respectively.

*Id.* At the end of the *Fructose* case, Judge Mihm complimented plaintiffs' lead counsel, including Messrs. Kaplan and Arenson, stating:

> I've said many times during this litigation that you and the attorneys who represented the defendants here are as good as it gets. Very professional. At least in my presence or in my contacts with you, you've always been civil. You've always been cutting to the chase and not wasting my time or each other's time or adding to the cost of the litigation. (See Affidavit of Robert N. Kaplan at ¶16; Exhibit 5).

Kaplan Fox is currently serving as lead or co-lead counsel in a number of ongoing complex antitrust litigations, including *In re Hydrogen Peroxide Antitrust Litig.,* MDL No. 1682 (E.D. Pa.) (with settlements of $97 million); *In re Air Cargo Services Antitrust Litig.*, MDL No. 1775 (E.D.N.Y. 2006) (with partial settlements of more than $85 million); *In re Plastics Additives Antitrust Litig.,* MDL No. 1684 (E.D. Pa.) (with partial settlments of $46.8 million); *Meijer, et al. v. Warner Chilcott Holding Co., III, Ltd., et al.,* Case No. 05-2195 (D.D.C.); and *In re Plavix Direct Purchaser Antitrust Litig.*, No. 06-cv-202-MHW (S.D. Ohio). (See Ex. A to Kaplan Aff.).

In the event the Court appointed Kaplan Fox to the Interim Executive Committee, Robert Kaplan, Linda Nussbaum, and Gregory Arenson will participate in the representation of plaintiffs and, if certified, the class in this case. Each brings strengths to this unique team of class action antitrust lawyers – Mr. Kaplan has more than 40 years experience in antitrust litigation; Ms. Nussbaum is a skillful, no-nonsense litigator with 30 years of broad-based antitrust experience; and Mr. Arenson has a strong economic background and procedural expertise applicable to antitrust cases. They have been co-lead counsel in antitrust class cases. They have tried antitrust cases. They have settled major antitrust cases. They have been involved in litigating every aspect of significant and complex antitrust cases from inception to conclusion for decades.

b.      **The Kaplan Fox Team**

As detailed in the Kaplan Affidavit, Mr. Kaplan is a senior member of both the plaintiffs' antitrust and securities bar.  In addition to being Co-Lead Counsel in several major antitrust cases, Mr. Kaplan is currently serving as Special Assistant Attorney General on behalf of the State Treasurer of the State of Michigan as Custodian for several Public Employee Retirement Systems in an action against Tyco International, Ltd.[6] *Id.* p 2-3.  In 2009, partial settlements were achieved.

Ms. Nussbaum is experienced in virtually every aspect of complex antitrust litigation and has served and is serving as Lead or Co-Lead Counsel in many significant antitrust cases that have resulted in substantial recoveries.  *See id.* p 3-5.

Mr. Arenson's economics background has provided a basis for his recognized expertise in handling economic issues in antitrust cases both at class certification and on the merits.  *Id.* p.5-6.

Moreover, not only does Kaplan Fox have a strong working relationship with the Miller Firm, but Kaplan Fox and Hausfeld LLP have worked for many months developing this case. This has included a number of meetings held at Kaplan Fox's and Hausfeld's offices to which all direct purchaser counsel were invited to discuss the case and to coordinate efforts so that the case can be processed efficiently.  As a result, the vast majority of direct purchaser plaintiffs' counsel have joined in this motion.  Moreover, Kaplan Fox and Hausfeld were among the first firms to

---

[6]      *State Treasurer of the State of Michigan, as Custodian of the Michigan Public School Employees Retirement System, State Employees' Retirement System, Michigan State Police Retirement System and Michigan Judges Retirement System v. Tyco-Int'l, Ltd., et al.,* originally filed in this district, and later transferred to the District of New Hampshire for coordinated pretrial proceedings by the Judicial Panel on Multi District Litigation, MDL No. 1335.  The Miller Law Firm is co-counsel with Kaplan Fox on behalf of the Michigan Retirement Systems.

file cases in this district and Linda Nussbaum of Kaplan Fox argued successfully before the Judicial Panel on Multidistrict Litigation that these cases should be centralized in this district.

### 2.    The Hausfeld Firm Is Well Qualified

If the Court desires to appoint an Executive Committee at this time, Hausfeld LLP is also highly qualified to serve on it. Hausfeld LLP filed *Acme of Jamestown, Inc. v. Tecumseh Prods. Co.*, No. 2:09-cv-1045 (E.D. Mich.) (filed on February 26, 2009). That complaint reflected diligent research and contained extensive details about the operation of the alleged conspiracy. As reflected in that complaint, this case involves anticompetitive conduct occurring across the globe that has a direct impact in the United States and has prompted investigations by antitrust regulators in this country, the European Union and Brazil. Due to the major international presence it maintains in addition to a leading domestic practice, Hausfeld LLP could provide unique assistance in this case. In addition to its four United States offices (in Washington D.C., New York City, Philadelphia and San Francisco), it has an office in London and is the key player in collective claimants' cases brought in the European Union. Hausfeld LLP also has numerous affiliations with law firms in Latin America that will be useful in prosecuting these cases in the United States. Hausfeld LLP submits that it is uniquely situated to make optimal use of information learned through the international investigations that is relevant to the alleged conspiracy in the United States.

Hausfeld LLP has also done significant work in investigating the allegations supporting the claims asserted by the plaintiffs in this litigation. It has done extensive economic and company research on the market for hermetic compressors in the United States. Hausfeld LLP has also undertaken to organize counsel in the numerous cases filed throughout the United States. It, along with the Kaplan Fox firm, has been instrumental in organizing counsel for the

plaintiffs in a majority of the direct purchaser cases now centralized before this Court, as was reflected at the August 24 hearing.

Hausfeld LLP's 23 lawyers include some of the most experienced antitrust and class action attorneys in the United States. A copy of the firm's curriculum vitae is attached as Exhibit A to the accompanying Affidavit of Michael Hausfeld (Exhibit 6). More information on the firm is available at its comprehensive website, <http://www.hausfeldllp.com>. Michael Hausfeld, formerly the chairman of Cohen Milstein Hausfeld & Toll P.L.L.C., and now the chairman of Hausfeld LLP, is regarded as one of the country's top civil litigators and has been practicing for 40 years. He was recently recognized as one of the "Top 100 Influential Lawyers in America" by the *National Law Journal* and was praised by Chief Judge Edward Korman of the Eastern District of New York as one of the two "leading class action lawyers in the United States" and by the *New York Times* as one of the "most prominent antitrust lawyers" in the nation.

Michael Lehmann, the head of Hausfeld LLP's San Francisco office, who has been practicing for 32 years and who appeared at the August 24 hearing, has played a major role in a number of significant recent multidistrict antitrust class actions, including *In re International Air Transport Surcharge Antitrust Litig.*, MDL No. 1793 (N.D. Cal.) ("*Air Passenger*"); *In re Transpacific Passenger Air Transportation Antitrust Litig.*, MDL No. 1913 (N.D. Cal.); *In re Municipal Derivatives Antitrust Litig.*, MDL No. 1950 (S.D.N.Y.); *In re Publication Paper Antitrust Litig.*, MDL No. 1631 (D. Conn.); *In re High Pressure Laminates Antitrust Litig.*, MDL No. 1368 (S.D.N.Y.), and *In re Graphics Processing Units Antitrust Litig.*, MDL No. 1826 (N.D. Cal.).

Other highly experienced attorneys at Hausfeld LLP who are working on this case include Robert Eisler, who has 20 years of experience in class action and complex litigation (and who also attended the August 24 hearing) and William Butterfield, who has 30 years of

experience in complex litigation and is one of the country's leading experts in the field of electronic discovery.

Many of the firm's attorneys have served in leadership roles in major antitrust cases in many jurisdictions, including Michigan. *See, e.g., In re Cardizem CD Antitrust Litig.*, MDL No. 1278 (E.D. Mich.). Their cases have led to some of the largest antitrust settlements in history, including the *Rubber Chemicals Antitrust Litigation* in the Northern District of California, in which settlements of $320 million were obtained, and the *Domestic Air Transportation Antitrust Litigation* in which settlements of $458 million were recovered.

The depth of antitrust experience at Hausfeld LLP has been widely recognized since the firm's formation in November of 2008 by judges presiding over antitrust class actions. The firm has been appointed as co-lead counsel in no fewer than 19 major antitrust class actions, and its lawyers have garnered significant praise in the process. In *Air Passenger*, for example, the firm was praised by the District Judge, Charles R. Breyer of the Northern District of California, for its efforts in achieving "really, an outstanding settlement in which a group of lawyers from two firms coordinated the work . . . and brought an enormous expertise and then experience in dealing with the case." The Court also stated that the firm's lawyers are "more than competent. They are outstanding." Transcript of Hearing in *Air Passenger*, pp. 7-8 (Jan. 29, 2009), attached as Exhibit C to the Hausfeld Affidavit.

Similarly, in *Four In One Company, Inc. v. SK Foods*, 08-cv-03017, 2009 WL 747160 (E.D. Cal., March 20, 2009), District Judge Morrison C. England Jr. of the Eastern District of California praised the firm for having "the breadth of experience, resources and talent necessary to navigate a case of this import." In that case, "[a]lthough there [was] no question that the other firms proposed as co-lead counsel are also well qualified" the Court believed that only Hausfeld LLP and one other firm "st[ood] out from the rest." *Id.* at *3.

12

Likewise, in *In re Rail Freight Fuel Surcharge Antitrust Litig*., MDL No. 1869 (D.D.C.) ("*Rail Freight*"), District Judge Paul L. Friedman of the District of Columbia noted that Hausfeld LLP's lawyers gained the support of the majority of plaintiffs' counsel because of the "experience brought to the table." "Memorandum Opinion And Order," p. 3 (March 13, 2009), attached as Exhibit B to the Hausfeld Affidavit. Hausfeld LLP is similarly supported here.

In sum, Hausfeld LLP has a combination of resources, experience, international presence and expertise in antitrust, plaintiff and class action litigation. It also has a strong working relationship with MLF.

**F.    The MLF Application Has Strong Support From Firms Experienced In Complex Antitrust Class Action Litigation**

Beyond MLF, Hausfeld LLP and Kaplan Fox, 81 other undersigned firms, representing plaintiffs in 32 other cases, support the structure proposed in this motion. Many of these firms are nationally-recognized specialists in antitrust and other class actions themselves, who have attorneys highly qualified to serve as lead or co-lead counsel, or to serve on an Executive Committee. Many of these firms currently serve as lead or co-lead counsel in other ongoing major antitrust and other class actions including some of the most significant cases currently pending. Yet, in the best interests of the class, these firms and their attorneys have agreed to support MLF as sole lead counsel in this case and to support Hausfeld LLP and Kaplan Fox for Executive Committee positions in the event that the Court decides to appoint such a committee at this time. This reflects the consensus that MLF, Hausfeld LLP, and Kaplan Fox have been able to achieve. It also reflects the outstanding leadership MLF has exhibited in both the *OnStar* case and in other national class actions, as reflected in the accompanying affidavits. These firms collectively agree that the Miller Law Firm is most well qualified to serve as lead counsel in this

case.  As a result, they are committed to serve the interests of the class under the MLF's sound leadership.

The degree of consensus here is a significant factor in weighing the present motion. "By far, the most common method [of selecting among competing applicants] is the so-called private ordering approach." *Manual* § 21.272. *Accord* Third Circuit Task Force Report on Selection of Class Counsel, 208 F.R.D. 340, 355 (2002) ("Report"); Herbert B. Newberg & Albert Conte, *3 Newberg on Class Actions,* § 9.35 (4th ed. West 2008) (a court should encourage the parties to agree on lead counsel).  Under the private ordering approach, the attorneys agree upon who should be lead counsel, subject to approval by the court after it determines that counsel is adequate. *See Manual*, § 21.272.  There have been numerous cases where private ordering has been recognized, even over the vocal protests of a minority of dissenters. *See, e.g.*, *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 1717  (D.Del.); *In re Foundry Resins Antitrust Litig.*, No. 2:04-md-1638 (S.D. Ohio); *Processed Eggs Antitrust Litig,*, No. 08-md-2002 (E.D. Pa.); *In re Rail Freight Fuel Surcharge Antitrust Litig.*, MDL No. 1869 (D.D.C.).  The vast majority of Direct Purchaser Plaintiffs support this Motion.

Although a small minority of courts (mostly in securities cases brought under the PSLRA) have designated lead counsel using an auction method – essentially asking the moving attorneys to bid against each other to see who will accept the lowest amount of fees -- this approach has been strongly disfavored.  This approach risks encouraging less qualified attorneys to bid lower than attorneys more qualified to handle complex litigation.  As the Third Circuit Task Force found:

> Some argue that auctions are an effective means of assuring that the lead plaintiff will fulfill its fiduciary obligation to retain effective counsel for the class. Yet it is in part precisely because we hold lead plaintiffs to that fiduciary duty that, on balance, we conclude that auctions are a highly imperfect device.  The lead plaintiff has the fiduciary obligation not to retain the cheapest qualified counsel,

14

but rather to obtain the qualified counsel that is best able to obtain a maximum net recovery for the class.  (Report, 208 F.R.D. at 387.

The auction approach or a predetermined cap on fees also usurps the appropriate exercise of the Court's discretion to award fees based upon the quality of the result and the Court's first hand observation of the quality of work performed.  It also may encourage Defendants to render the case uneconomic for the class counsel knowing class counsel have a cap on their fees. This is contrary to the best interests of the class because it creates an artificial disincentive for class counsel and an inappropriate mis-alignment of interests between counsel and their clients.  The fees in this case, as in the overwhelming majority of cases, should be determined by the exercise of the Court's discretion after the results are determined and not before the race is run.

In sum, MLF has a proven track record in effectively and efficiently leading complex class action litigation. and respectfully requests that the Motion -- brought by the 81 signatory firms -- be granted.

Respectfully Submitted,


By:   /s/ E. Powell Miller                          Robert N. Kaplan
 E. Powell Miller (P 39487)                      Linda P. Nussbaum
David H. Fink (P 28235)                          Kaplan Fox & Kilsheimer LLP
The Miller Law Firm, PC                          850 Third Avenue, 14th Floor
950 West University Drive, Suite 300             New York, NY 10022
Rochester, MI 48307                              Tel: 212-687-1980
Tel: 248-841-2200                                Fax: 212-687-7714
Fax: 248-652-2852                                rkaplan@kaplanfox.com
epm@millerlawpc.com                              lnussbaum@kaplanfox.com

15

Michael E. Criden
Kevin B. Love
Criden & Love, PA
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Tel: 305-357-9010
Fax: 305-357-9050
mcriden@cridenlove.com
klove@cridenlove.com

**Attorneys For Plaintiff Gateway KGMP Development, Inc. (2:09-cv-10710)**

---

Steven D. Liddle
Macuga, Liddle, & Dubin, P.C.
975 E. Jefferson Avenue
Detroit, MI 48207
Tel: 313-392-0015
Fax: 313-392-0025
sliddle@mlclassaction.com

Clifford H. Pearson
Daniel L. Warshaw
Pearson Simon Warshaw & Penny, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel: 818-788-8300
Fax; 818-788-8104
cpearson@pswplaw.com
dwarshaw@pswplaw.com

Howard B. Miller
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: 213-977-0211
Fax: 213-481-1554
tgirardi@girardikeese.com
hmiller@girardikeese.com

Bruce L. Simon
Pearson Simon Warshaw & Penny, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Tel: 415-433-9000
Fax: 415-433-9008
bsimon@pswplaw.com

**Attorneys For Plaintiffs Kelly Higashi and
Dennis Higashi aka/dba K-N-D Appliances
(2:09-cv-10720)**

---

Kerry Rhoads-Reith
Segal McCambridge Singer & Mahony, Ltd.
39475 Thirteen Mile Road, Suite 203

Michael D. Hausfeld
Hausfeld LLP
1700 K Street N.W.

16

| | |
|---|---|
| Novi, MI 48377 | Suite 650 |
| Tel: 248-994-0060 | Washington, D.C. 20006 |
| Fax: 248-994-0061 | Tel: 202-540-7200 |
| kreith@smsm.com | Fax: 202-540-7201 |
| | mhausfeld@hausfeldllp.com |

Steven A. Hart
Scott W. Henry
Segal McCambridge Singer & Mahony, Ltd.
233 South Wacker Drive
Sears Tower, Suite 5500
Chicago, IL 60606
Tel: 312-645-7800
Fax: 312-645-7711
shart@smsm.com

Michael P. Lehmann
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: 415-633-1908
Fax: 415-358-4980
mlehmann@hausfeldllp.com

Allan Steyer
Steyer Lowenthal Boodrookas Alvarez
  & Smith LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234
asteyer@steyerlaw.com

Steven D. Liddle
Macuga, Liddle, & Dubin, P.C.
975 E. Jefferson Avenue
Detroit, MI 48207
Tel: 313-392-0015
Fax: 313-392-0025
sliddle@mlclassaction.com

**Attorneys For Plaintiff Acme of Jamestown,
Inc. d/b/a Acme the Appliance Store and
Lawrence F. Thompson d/b/a Top Floor
Home Improvements (2:09-cv-10745)**

Hollis L. Salzman
Kellie Lerner
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0477
hsalzman@labaton.com

Mark Shane
The Law Offices of Shane and White, LLC
1676 Route 27
Edison, NJ 08817
Tel: 732-819-8100
Fax: 732-572-9641
mshane@shaneandwhite.com

M. Stephen Dampier
Vickers Riis Murray and Curran, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Tel: 251-432-9772
Fax: 251-432-9781
sdampier@vickersriis.com

Elwood S. Simon
Simon & Associates, P.C.
355 S.Woodward Avenue, Suite 250
Birmingham, MI 48009
Tel: 248-646-9730
Fax: 248-258-2335

Patrick Barrett
Barrett Law Offices, P.A.
One Burton Hills Blvd., Suite 380
Nashville, Tennessee 37215
Tel: 615-665-9990
Fax: 615-665-9998
pmbarrett3@barrettlawoffice.com

Kevin P. Roddy
Wilentz, Goldman
90 Woodbridge Center Dr
Suite 900
Box 10
Woodbridge, NJ 07095
Tel: 732-855-6402

**Attorneys For Plaintiff Leblanc & Associates, Inc. (2:09-cv-12241)**

Vincent J. Esades
Renae D. Steiner
Scott W. Carlson
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55409
Tel: 612-338-4605
Fax: 612-338-4692
vesades@heinsmills.com
rsteiner@heinsmills.com
scarlson@heinsmills.com

Ira Neil Richards
Trujillo Rodriguez & Richards, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
Tel: 215-731-9004
Fax: 215-731-9044
Ira@trrlaw.com

David C. Indiano
Indiano & Williams P.S.C.
207 Del Parque St., Third Fl.
San Juan, PR 00912
Tel: 787-641-4545
Fax: 787-641-4544
david.indiano@indianolaw.com

Lisa J. Rodriquez
Trujillo Rodriguez & Richards, LLC
258 Kings Highway East
Haddonfield, NJ 08033
Tel: 856-795-9002
Fax: 856-795-9887
lisa@trrlaw.com

DeanM. Googasian
George A. Googasian
Googasian Law Firm
6895 Telegraph Road
Bloomfield Hills, MI 48301-3138
Tel: 248-540-3333
Fax: 248-540-7213
Email: dgoogasian@googasian.com
        ggoogasian@googasian.com

**Attorneys For Plaintiff Rona Distributors, Inc. (2:09-cv-12242)**

Christopher E. Coleman
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place

Joseph R. Saveri
Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP

18

150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Tel: 615-313-9000
Fax: 615-313-9965
**Attorneys For Plaintiff WPC 1, Inc., d/b/a**
**Winter Park Construction Company**
**(2:09-cv-10791)**

275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008
jsaveri@lchb.com
efastuff@lchb.com


Gerald Greenspoon
Frank A. Utset
Greenspoon Marder, P.A.
3015 N. Ocean Boulevard, Suite 102
Fort Lauderdale, FL 33308

---

Joseph C. Kohn
Kohn Swift & Graf, PC
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Tel: 215-238-1700
Fax: 215-238-1968
jkohn@kohnswift.com

Andrew W. Morganti
Paul Novak
Milberg LLP
719 Griswold Street, Suite 820
Detroit, MI 48226
Tel: 313-967-4090
Fax: 313-967-4905
amorganti@milberg.com
pnovak@milberg.com

E. Powell Miller
The Miller Law Firm
Miller Building
950 West University Drive, Ste 300
Rochester, MI 48307
Tel: 248-841-2200
Fax: 248-652-2852
epm@millerlawpc.com

**Attorneys For Plaintiff The Spear Group/St.**
**Charles Landings (2:09-cv-10806)**

---

Richard B. Drubel
Kimberly H. Schultz
Edward A. Baker
Matthew J. Henken
Boies Schiller & Flexner LLP

E. Powell Miller
The Miller Law Firm
Miller Building
950 West University Drive, Ste 300
Rochester, MI 48307

26 South Main Street
Hanover, NH 03755
Tel: 603-643-9090
Fax: 603-643-9010

Philip J. Iovieno
Boies Schiller & Flexner LLP
10 North Pearl Street
Albany, New York 12207
Tel: 518-434-0600
Fax: 418-434-0665

Donald L. Knapp, Jr.
James G. Fausone
Fausone Bohn, LLP
41700 W. Six Mile Road
Suite 101
Northville, MI 48168
Tel: 248-380-0000
Fax: 248-380-3434
dknapp@fb-firm.com
jfausone@fb-firm.com

Tel: 248-841-2200
Fax: 248-652-2852
epm@millerlawpc.com

Matthew A. Levin
J. Matthew Donohue
Markowitz Herbold Glade & Mehlhaf PC
3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204-3730
Tel: 503-295-3085
Fax: 503- 323-9105

**Attorneys For Plaintiff Hoyt Street
Properties, LLC (2:09-cv-10874)**

Michael J. Freed
Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak, Jr. (P61936)
Freed Kanner London & Miller LLC
2201 Waukegan Road, Site 130
Bannockburn, IL 60015
Tel: 224-632-4500
Fax: 224-632-4521

Jason J. Thompson
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
Tel: 248-355-0300
Fax: 248-935-1917

David R. Shafer
Brenner, Saltzman & Wallman LLP
271 Whitney Ave.
New Haven, CT 06511
Tel: 203-772-2600

Vernon N. Reaser, Jr.
Law Offices of Vernon N. Reaser, Jr.
202 Pecan Drive
Victoria, TX 77905
Tel: 361-576-5858

Harry Shulman
The Mills Law Firm
880 Las Galinas Ave., Suite Two
San Rafael, CA 94903
Tel: 415-455-1326

**Attorneys For Plaintiff Quality Appliance
Sales & Services (2:09-cv-10889)**

| | |
|---|---|
| Mark Reinhardt<br>GarrettD. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>Tel: 651-287-2100<br>Fax: 651-287-2103 | Lisa J. Rodriguez<br>Trujillo Rodriguez & Richards, LLC<br>258 Kings Highway East<br>Haddonfield, NJ 08033<br>Tel: 856-795-9002<br>Fax: 856-795-9887 |
| Eugene A. Spector<br>William G. Caldes<br>Spector Roseman Kodroff & Willis, PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Tel: 215-496-0300<br>Fax: 215-496-6611 | Gary B. Friedman<br>Tracey Kitzman<br>Dean M. Solomon<br>Friedman Law Group, LLP<br>270 Lafayette Street, 14th Floor<br>New York, NY 10012<br>Tel: 212-680-5150<br>Fax: 646-227-1151 |

**Attorneys For Plaintiff Appliance Towne,
Inc. (2:09-cv-12655)**

| | |
|---|---|
| Jason J. Thompson<br>Sommers Schwartz, P.C.<br>2000 Town Center, Suite 900<br>Southfield, MI 48075<br>Tel: 248-355-0300<br>Fax: 248-935-1917 | W. Joseph Bruckner<br>Heidi M. Silton<br>Craig S. Davis<br>Lockridge Grindal Nauen PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401 |

**Attorneys For Plaintiff Lotter Enterprise,
Inc/ d/b/a Patton Electric (2:09-cv-10900)**

| | |
|---|---|
| Robert B. Levin<br>Stewart L. Cohen<br>Cohen, Placitella & Roth, PC<br>Two Commerce Square, Suite 2900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: 215-567-3500<br>Fax: 215-567-6019<br>scohen@cprlaw.com | Roberta Liebenberg, Esq.<br>Donald Perelman, Esq.<br>Fine Kaplan & Black, RPC<br>1835 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Tel: 215-567-6565<br>Fax: 215-567-5872<br>rliebenberg@finekaplan.com<br>dperelman@finekaplan.com |
| Paul Mark Sandler | |

Robert B. Levin
Shapiro Sher Guinot & Sandler
36 South Charles Street
Charles Center South, Suite 2000
Baltimore, MD 21201-3147
Tel: 410-385-4272
Fax: 410-539-7611
pms@shapirosher.com
rbl@shapirosher.com

Robert L. Rothman
Allen I.Hirsh
Arnal, Golden
171 17th Street NW
Suite 2100
Atlanta, GA 30363
Tel: 404-873-8660

Robert S. Green
Green Welling, PC
595 Market Street
Suite 2750
San Francisco, CA 94105
Tel: 415-477-6700
Fax: 415-477-6710
mied@classcounsel.com

**Attorneys For Plaintiff Follett Corporation
(2:09-cv-12644)**

| | |
|---|---|
| P John Brady | Steven D. Liddle |
| Daniel D. Owen | Macuga, Liddle & Dubin, P.C. |
| Christopher K. Wilson | 975 E. Jefferson Avenue |
| Polsinelli Shughart PC | Detroit, MI 48207-3101 |
| Twelve Wyandotte Plaza | Tel: 313-392-0015 |
| 120 West 12th Street, Suite 1700 | sliddle@mlclassaction.com |
| Kansas City, Missouri 64105 | |

**Attorneys For Plaintiff Barry Burritt d/b/a
Burritt's Maytag Home Appliance Center
(2:09-cv-10922)**

| | |
|---|---|
| Paul Mark Sandler | Steven A. Asher |
| Robert B. Levin | Mindee J. Reuben |
| Shairo Sher Guinot & Sandler | Noah Axler |
| 36 South Charles Street | Jeremy S. Spiegel |
| Charles Center South, Suite 2000 | Weinstein Kitchenoff & Asher LLC |

Baltimore, MD 21201-3147
Tel: 410-385-0202
Fax: 410-539-7611

Robert C. Cone
Tuggle Duggins & Meschan, P.A.
100 N. Greene St., Suite 600
Greensboro, NC 27401
Tel: 336-271-5230
Fax: 336-274-6590

**Attorneys For Plaintiff American Industrial
Contractors, Inc. (2:09-cv-12645)**

1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel: 215-545-7200
Fax: 215-545-6235

---

R. Edwin Lamberth
Steve Olen
Steven L. Nicholas
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, AL 36604
Tel: 251-471-6191
Fax: 251-479-1031
rel@cunninghambounds.com
sco@cunninghambounds.com
slm@cunninghambounds.com

Mark S. Baumkel
Mark S. Baumkel & Associates
30200 Telegraph Road, St. 200
Bingham Farms, MI 48025
Tel: 248-642-0444
Fax: 248-642-6661
baumkelm@aol.com

**Attorneys For Plaintiff Eastern Shore
Appliance, Inc. (2:09-cv-10994)**

Joseph R. Saveri
Eric B. Fastiff
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Tel: 415-956-1000
Fax: 415-956-1008
jsaveri@lchb.com
efastuff@lchb.com

Christopher E. Coleman
Lieff Cabraser Heimann & Bernstein, LLP
One Nashville Place
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Tel: 615-313-9000
Fax: 615-313-9965

---

Thomas A. Muzilla, Esq.
The Muzilla Law Firm, LLC
Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, Ohio 44114
Tel: 216-458-5880
Fax: 216-928-0016

Phillip A. Ciano, Esq.
Ciano & Goldwasser, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, Ohio 44113
Tel: 216-658-9900
Fax: 216-658-9920

tom@muzillalaw.com

Joseph Goldberg, Esq.
Freeman Boyd Hollander Goldberg
  & Ives, P.A.
20 First Plaza, Suite 1700
Albuquerque, New Mexico 87102

Natalie Finkelman, Esq.
Shepherd Finkelman Miller & Shah LLP
35 East State Street
Media, PA 19063
Tel: 610-891-9880
Fax: 610-891-9883
nfinkelman@sfmslaw.com

Steven A. Schwartz, Esq.
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041
Tel: 610-642-8500, Ext. 319
Fax: 610-649-3633
steveschwartz@chimicles.com

pac@c-g-law.com

Jayne A. Goldstein, Esq.
Shepherd Finkelman Miller & Shah LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Tel: 954-515-0123
Fax: 954-515-0124
jgoldstein@sfmslaw.com

Christopher G. Hayes, Esq.
Law Offices of Christopher G. Hayes
225 South Church Street
West Chester, PA 19382
Tel: 610-431-9505
Fax: 610-431-1269
chris@chayeslaw.com

Paul Mark Sandler, Esq.
Robert B. Levin, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, MD 21201-3147
Tel: 410-385-4272
Fax: 410-539-7611
pms@shapirosher.com
rbl@shapirosher.com

**Attorneys For Plaintiff Seatrade
International Company (2:09-cv-12647)**

Stephen F. Wasinger
Stephen F. Wasinger PLC
26862 Woodword Avenue, Suite 202
Royal Oak, MI 48067
Tel: 248-544-1500
Fax: 544-1501
sfw@sfwlaw.com

Solomon B. Cera
Thomas C. Bright
Gold Bennett Cera & Sidener LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Tel: 415-777-2230
Fax: 415-777-5189
scera@gbcslaw.com
tbright@gbcslaw.com

**Attorneys For Plaintiff Seaga Manufacturing,
Inc. (2:09-cv-11013)**

Roger M. Schrimp
Clinton P. Walker
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 1 Street, Fifth Floor
Modesto, CA 95354
Tel: 209-526-3500
Fax: 209-526-3534
rschrimp@damrell.com
cwalker@damrell.com

Steven D. Liddle
Macuga, Liddle & Dubin, P.C.
975 East Jefferson Avenue
Detroit, MI 48207-3101
Tel: 313-392-0015
Fax: 313-392-0025

**Attorneys For Plaintiff OK TV & Appliances,
LLC (2:09-cv-11031)**

Arthur N. Bailey
Arthur N. Bailey & Associates
111 West Second Street, Suite 4500
Jamestown, NY 14701
Tel: 716-664-2967
Fax: 716-481-2983
artlaw@windstream.net

Daniel M. Cohen
Jonathan W. Cuneo
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, D.C. 20002
Tel: 202-789-3960
Fax: 202-789-1813
jonc@cuneolaw.com
danielc@cuneolaw.com

Eric E. Castelblanco
Law Office of Eric B. Castelblanco
8383 Wilshire Blvd., Suite 302
Beverly Hills, CA 90211
Tel: 323-951-0180
Fax: 323-951-0183
attorney@castelblanco.com

**Attorneys For Plaintiff Burritt Appliance
Service (2:09-cv-12643)**

Brian P. Murray
Murray, Frank & Sailer LLP
275 Madison Avenue, 8th Floor
New York, NY 10016
Tel: 212-682-1818
Fax: 212-682-1892
bmurray@murrayfrank.com

Eugene A. Spector
William G. Caldes
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: 215-496-0300
Fax; 215-496-6611

**Attorneys For Plaintiff Altered Air, Inc.
(2:09-cv-12662)**

Steig Olson
Hausfeld LLP
11 Broadway, Suite 615
New York, NY 10004
Tel: 646-278-0877
Fax: 212-480-8560

Paul Mark Sandler, Esq.
Robert B. Levin, Esq.
Shapiro Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, MD 21201-3147
Tel: 410-385-4272
Fax: 410-539-7611
pms@shapirosher.com
rbl@shapirosher.com

Steven A. Schwartz, Esq.
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041
Tel: 610-642-8500, Ext. 319
Fax: 610-649-3633
steveschwartz@chimicles.com

Warren Rubin, Esq.
Law Offices of Bernard M. Gross, PC
Suite 450, John Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107
Tel: 215-561-3500
Fax: 215-561-3000
warren@bbernardmgross.com

**Attorneys For Plaintiff Wilma Francis
(2:09-cv-12648)**

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak
Donald L. Sawyer
Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: 224-632-4500
skanner@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
dsawyer@fklmlaw.com

Jeffrey S. Goldenberg
Theresa L. Groh
Murdock Goldenberg Schneider & Groh, L.P.A.
35 E. Seventh Street, Suite 600
Cincinnati, OH 45202
Tel: 513-345-8291
jgoldenberg@mgsglaw.com
tgroh@mgsglaw.com

26

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113
Tel: 216-622-1851
karon@gsk-law.com

Mark S. Goldman
Goldman Scarlato & Karon, P.C.
101 W. Elm Street, Suite 360
Conshohocken, PA 19428
goldman@gsk-law.com

**Attorneys For Plaintiff Central Furniture Mart, Inc. (2:09-cv-12663)**

Joseph J. DePalma
Katrina Carroll
Lite DePalma Greenberg & Rivas, LLC
Two Gateway Center, 12th Floor
Newark, NJ 07102
Tel: 973-623-3000
Fax: 973-623-0858
jdepalma@ldgrlaw.com
kcarroll@ldgrlaw.com

David J. Manogue
Specter Specter Evans & Manogue, PC
436 Seventh Avenue
The 26th Floor Kppers Building
Pittsburgh, PA 15219
Tel: 412-642-2300
Fax: 412-642-2309
dmanogue@ssem.com

Vernon N. Reaser, Jr.
Law Office of Vernon N. Reaser, Jr.
202 Pecan Drive
Victoria, TX 77905-0686
Tel: 361-576-5858
Fax: 31-7741

**Attorneys For Plaintiff South Texas Ventilation Heating & Air Conditioning (2:09-cv-12656)**

Richard M. Violin
Douglas G. Thompson, Jr.
Michael G. McLellan
Finkelstein Thompson LLP
1050 30th Street NW
Washington, DC 20007
Tel: 202-337-8000
Fax: 202-337-8090

James P. Ulwick
Kramon and Graham
One South Street
Suite 2600
Baltimore, MD 21202
Tel: 410-752-6030
Fax: 410-539-1269

**Attorneys For Plaintiff Friedhaber's (2:09-cv-12649)**

|  | Arthur N. Bailey, Esq.<br>Arthur N. Bailey & Associates<br>111 West Second Street<br>Jamestown, NY 14701<br>Tel: 716-664-2967<br>Fax: 716-664-2983 |
|---|---|
| Kenny P. Roddy, Esq.<br>Wilentz, Goldman & Spitzer, P.A.<br>90 Woodbridge Center Drive<br>Suite 900 Box 10<br>Woodbridge, NJ 07095-0958<br>Tel: 732-636-8000<br>Fax: 732-855-6117<br><br>Zack M. Azar<br>Azar, Azar & Moore LLC<br>2740 Zelda Road, 4th Floor<br>Montgomery, Alabama 36106<br>Tel: 334-265-8551<br>Fax: 334-264-9453 | Gregory P. Hansel<br>Preti Flaherty Beliveau & Pachios LLP<br>P.O. Box 9546<br>One City Center<br>Portland, ME<br>04112-9546<br>Tel: 207-791-3000<br>Fax: 207-791-3111 |

**Attorneys For Plaintiff John Lucido d/b/a Lucido's Custom Services (2:09-cv-12657)**

| Paul Mark Sandler<br>Robert B. Levin<br>Shapiro Sher Guinot & Sandler<br>36 South Charles Street<br>Charles Center Street South, Suite 2000<br>Baltimore, MD 21201-3147<br>Tel: 410-385-0202<br>Fax: 410-539-7611 | Howard Sedran<br>Levin Fishbein Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106-3697<br>Tel: 215-592-1500<br>Fax: 215-592-4663 |
|---|---|

John R. Malkinson
Malkinson & Halpern, PC
223 West Jackson Boulevard, Suite 1010
Chicago, IL 60606
Tel: 312-427-9600
Fax: 312-427-9629

**Attorneys For Plaintiff Distinctive**
**Companies, Ltd. (2:09-cv-12663)**

---

Mark C. Gardy
James S. Notis
Kelly A Noto
Gardy & Notis, LLP
440 Sylvan Avenue, Suite 110
Englewood Cliffs, NJ 07632
Tel: 201-567-7377
Fax: 201-56707337

Joe R. Whatley, Jr.
Whatley & Drake
1540 Broadway, 37th Floor
New York, NY 10036
Tel: 212-447-7070
Fax: 212-447-7077

Richard P. Rouoco
Whatley Drake & Kallas, LLC
2001 Park Place, Suite 1000
Birmingham, AL 35203
Tel: 205-328-9574
Fax: 206-328-9669

James C. Wyly
Jeremy Y. Hutchinson
Patton Roberts
Century Bank, Suite 400
2900 St. Michael Drive
Texarkana, Texas 75503
Tel: 903-334-7000
Fax: 903-334-7007

**Attorneys For Plaintiff Amy Gunnett d/b/a**
**Cain Construction (2:09-cv-12660)**

---

Jill P. Meyer
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182
Tel: 513-651-6124
Fax: 513-651-6981
jmeyer@fbtlaw.com

James F. Keller
Gottesman & Associates, LLC
2121 URS Center
36 East 7th Street
Cincinnati, OH 45202
Tel: 513-651-2121
Fax: 513-651-2131
jfk@zgottesmanlaw.com

Stephen J. Wenke
36 East 7th Street
Cincinnati, OH 45202
Tel: 513-651-2126
Fax: 513-651-2131
Swenke7403@aol.com

Bryan L. globes
Michael S. Tarringer
Cafferty Faucher LLP
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel: 215-864-2800
Fax: 215-864-2810

Jason S. Hartley
Troutman Sanders LLP
550 West B Street, Suite 400
San Diego, CA 92101
Tel: 619-235-4040
Fax: 619-231-8796

**Attorneys For Plaintiff Regal Custom
Fixtures, Inc. (2:09-cv-12663)**

| | |
|---|---|
| E. Powell Miller | Richard B. Drubel |
| The Miller Law Firm, P.C. | Kimberly H. Schultz |
| 950 West University Drive, Ste. 300 | Edward A. Baker |
| Rochester, MI 48307 | Matthew J. Henken |
| Tel: 248-841-2200 | Boies Schiller & Flexner LLP |
| Fax: 248-652-2842 | 26 South Main Street |
| epm@millerlawpc.com | Hanover, NH 03755 |
| | Tel: 602-643-9090 |
| | Fax: 603-643-9010 |
| | |
| Philip J. Iovieno | Donald L. Knapp, Jr. |
| Teresa Monroe | James G. Fausone |
| Boies, Schiller & Flexner LLP | Fausone Bohn, LLP |
| 10 North Pearl Street | 41700 W. Six Mile Road |
| Albany, New York 12207 | Suite 101 |
| Tel: 518-434-0500 | Northville, MI 48168 |
| Fax: 518-434-0665 | Tel: 248-380-0000 |
| | Fax: 248-380-3434 |
| | dknapp@fb-firm.com |
| | jfausone@fb-firm.com |

**Attorneys For Plaintiff L&M TV &
Appliances, LLC (2:09-cv-11549)**

| | |
|---|---|
| Jeffrey S. Goldenberg | Steven A Kanner |
| Theresa L. Groh | Douglas A. Millen |
| Murdock Goldenberg Schneider & Groh, L.P.A. | Robert J. Wozniak |
| 35 E. Seventh Street, Suite 600 | Donald L. Sawyer |
| Cincinnati, OH 45202 | Freed Kanner London & Millen LLC |
| Tel: 513-345-8291 | 2201 Waukegan Road, Suite 130 |
| jgoldenberg@mgsglaw.com | Bannockburn, IL 60015 |
| tgroh@mgsglaw.com | Tel: 224-632-4500 |
| | skanner@fklmlaw.com |
| | dmillen@fklmlaw.com |
| Mark S. Goldman | rwozniak@fklmlaw.com |

Goldman Scarlato & Karon, P.C.
101 W. Elm Street, Suite 360
Conshohocken, PA 19428
Tel: 484-342-0700
goldman@gsk-law.com

dsawyer@fklmlaw.com

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113
Tel: 216-622-1851
karon@gsk-law.com

**Attorneys for Plaintiff Art's TV & Appliance
(2:09-cv-12663)**

Patrick Rocco
Shalov Stone Bonner & Rocco LLP
65 Madison Ave., Suite 333
Morristown NJ 07960
Tel: (973) 998 6925
Fax: (973) 998 6926

Michael Goldberg
Glancy Binkow & Goldberg LLP
1801 Ave. of the Stars, Suite 311
Los Angeles, Ca. 90067
Tel: (301) 201 9150

Manuel Dominguez
Berman DeValerio
4280 Professional Center Dr.
Palm Beach Gardens, FL. 33410
Tel: (561) 835 9400

**Attorneys For Plaintiff B & B Remodeling
and Foundation, LLC (2:09-cv-12661)**

Paul Mark Sandler
Robert B. Levin
Shapiro Sher Guinot & Sandler
36 South Charles Street
Charles Center South, Suite 2000
Baltimore, MD 21201-3147
Tel: 410-385-4272
Fax: 410-539-7611
pms@shapirosher.com
rbl@shapirosher.com

Daniel E. Gustafson
Jason S. Kilene
Michelle J. Looby
Daniel C. Hedlund
Gustafson Gluek PLLC

650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6922
dgustafson@gustafsongluek.com
jkilene@gustafsongluek.com
mlooby@gustafsongluek.com

Robert J. Gralewski
Gergosian & Grawlewski LLP
655 West Broadway, Suite 1410
San Diego, CA 92101
Tel: 619-237-8500
Fax: 619-237-9555
bob@gergosian.com

**Attorneys For Plaintiffs Wettstein and Sons,**
**Inc. d/b/a Wettstein's (2:09-cv-00655)**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2009, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

**THE MILLER LAW FIRM, P.C.**

_/s/ E. Powell Miller_
E. Powell Miller (P39487)
David H. Fink (P28235)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
(248) 841-2200
dhf@millerlawpc.com