UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors Antitrust Litigation

Case No. 2:09-md-02042

Honorable Sean F. Cox
United States District Court

_____________________________/

**ORDER FOLLOWING MARCH 8, 2010 STATUS CONFERENCE**

On March 8, 2010, the Court held a status conference in this matter, at which time the parties indicated that they agree that "Direct and Indirect Purchaser Plaintiffs shall separately file Master Amended Complaint including each defendant no later than May 7, 2010." (Joint Proposed Case Management Order at 8). The parties indicated, however, that they have areas of disagreement concerning other aspects of the first proposed case management order for this action.

As stated on the record this date, IT IS ORDERED that:

1) As agreed to by the parties, Direct and Indirect Purchaser Plaintiffs shall separately file Master Amended Complaints, including each defendant, no later than May 7, 2010;

2) Within ten (10) days of the date of this Order, Plaintiffs shall file a brief of no more than six (6) pages, setting forth their position on the issue of whether discovery in this action should be bifurcated. Within seven (7) days after receiving that brief, Defendants may file a brief of no more than six (6) pages, setting forth their position on the same issue.

2) Within ten (10) days of the date of this Order, Defendants shall file a brief of no more than six (6) pages, setting forth their position on the issue of when class certification discovery should commence. Within seven (7) days after receiving that brief, Plaintiffs may file a brief of no more than six (6) pages, setting forth their position on the same issue.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: March 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 9, 2010, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager