**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION,

Case No.  2:09-md-02042

Honorable Sean F. Cox

Magistrate

_____/

**OBJECTION TO DIRECT PURCHASER PLAINTIFFS' AND INDIRECT**
**PURCHASER PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MEMORANDUM**
**OF LAW REGARDING PROPOSED SCHEDULE FOR THE COMMENCEMENT**
**OF CLASS DISCOVERY**

In the Order Following March 8, 2010 Status Conference ("Order") (Dkt. 127) the Court directed the parties to brief two issues:  (i) "whether discovery in this action should be bifurcated;" and (ii) "when class discovery should commence."  Plaintiffs were to file an opening brief and the Defendants were to respond "on the issue of whether discovery in this action should be bifurcated" and the Defendants were to file an opening brief and the Plaintiffs were to respond "on the issue of when class certification discovery should commence."

Both Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs ignored the limits of the Court's Order.  In their oppositions to Defendants' Memorandum of Law Regarding Proposed Schedule for Commencement of Class Discovery, Plaintiffs requested the Court to require Defendants to produce "records previously produced to government investigators."  This subject is clearly beyond the scope of the Court's Order.  Indeed, Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs raised this issue at the March 8, 2010 status conference, and the Court declined to address the issue at the status conference and did not request the parties to brief the issue in the Order.  Consequently, Defendants did not address this issue in their memorandum.

1

Defendants respectfully request the Court to disregard Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs' discussion of the issue of "records produced to government investigators." In the event the Court ever wishes to consider this issue specifically, Defendants request the opportunity to fully brief the issue and further request that the U.S. Department of Justice, Antitrust Division be invited to be heard on the issue as well.

Dated:  March 30, 2010

Respectfully submitted,

**DYKEMA GOSSETT PLLC**

By:   s/ Howard B. Iwrey
James P. Feeney (P13335)
Howard B. Iwrey (P39365)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Tel. (248) 203-0841
Fax: (248) 203-0763
Email: jfeeney@dykema.com
Email: hiwrey@dykema.com

David I. Gelfand (*admitted pro hac vice*)
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006

*Counsel for Defendants Whirlpool Corporation and Embraco North America, Inc.*

**KERR, RUSSELL AND WEBER, PLC**

By:  s/ William A. Sankbeil
William A. Sankbeil (P19882)
Fred K. Herrmann (P49519)
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
Tel. (313) 961-0200
Fax: (313) 961-0388
Email: was@krwlaw.com
Email: fkh@krwlaw.com

Jeffrey L. Kessler
A. Paul Victor
David Greenspan
DEWEY & LEBOUEF LLP
1301 Avenue of the Americas
New York, New York 10019-6092

*Counsel for Defendants Panasonic Corporation and
Panasonic Corporation of North America*

**BOWMAN AND BROOKE LLP**

By:    s/ David L. Campbell____
Fred J. Fresard (P43694)
David L. Campbell (P66287)
50 West Big Beaver Road, Suite 600
Troy, Michigan 48084
Tel. (248) 687-5300
Fax: (248) 743-0422
Email: fred.fresard@bowmanandbrooke.com
Email: david.campbell@bowmanandbrooke.com

*Attorney for Bristol Compressors International Inc.*

**DICKINSON, WRIGHT PLLC**

By:    s/ Kenneth J. McIntyre____
Kenneth J. McIntyre (P-17450)
L. Pahl Zinn (P-57516)
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Tel. (313) 223-3500
Fax : (313) 223-3598

*Attorneys for Defendants, Emerson Climate
Technologies, Inc., Copeland Corporation LLC, CR
Compressors, LLC and Scroll Compressors, LLC*

**REED SMITH LLP**

By:  s/  James M. Andriola____
James M. Andriola
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400
Fax:  (215) 521-5450

Email:  jandriola@reedsmith.com

John W. Allen (P10120)
VARNUM
251 North Rose Street, 4th Floor
Kalamazoo, Michigan 49007-3823
Tel. (269) 382-2300
Fax:  (269) 382-2382
Email:  jwallen@varnumlaw.com

*Attorneys for Defendants*
*Danfoss Commercial Compressors, Ltd., Danfoss,*
*Inc., Danfoss Scroll Technologies, LLC, Danfoss*
*Turbocor Compressors, Inc. and Danfoss*
*Compressors LLC*

**BARRIS, SOTT, DENN & DRIKER, P.L.L.C.**

By:  s/ Dennis M. Barnes____
Dennis M. Barnes (P39401)
211 W. Fort St. 15th Floor
Detroit, Michigan 48226-3281
Tel.  (313) 965-9725
Fax: (313) 983-3333

Allan Van Fleet (*admitted pro hac vice*)
Paul J. Brown (*admitted pro hac vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana Street, Suite 1700
Houston, Texas 77002
Tel. (713) 374-3500
Fax: (713) 374-3505

*Counsel for ACC USA LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2010, I electronically filed the foregoing paper with the

Clerk of the Court using the ECF system which will send notification of such filing to all

attorneys of record registered for electronic filing.


By:   s/ Howard B. Iwrey_____
James P. Feeney (P13335)
Howard B. Iwrey (P39365)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Tel. (248) 203-0841
Fax: (248) 203-0763
Email: jfeeney@dykema.com
Email: hiwrey@dykema.com

,