# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | ) ) ) |
| This Document Relates to: | ) ) |
| Civ. No. 09-cv-11765 | ) MDL No. 2:09-02042 |
| Civ. No. 09-cv-12712 | ) Honorable Sean F. Cox |
| Civ. No. 09-cv-11125 | ) |
| Civ. No. 09-cv-11109 | ) |
| Civ. No. 09-cv-12326 | ) |
| Civ. No. 11-cv-11448 | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs MARC A. BARASH; NATHAN LEVI ESQUERRA; AIR COOLING ENERGY CORP.; F.G. FARAH & PARTNERS, LLC D/B/A LISTRANI'S ITALIAN GOURMET; SAAD WHOLESALE, INC.; and STRONG ELECTRIC, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final order, entered in this action on April 9, 2013 [DE # 343].

Dated: May 8, 2013

Respectfully submitted,

/s/ David E. Plunkett
David E. Plunkett (P66696)
Richard E. Rassel (P57540)
WILLIAMS, WILLIAMS, RATTNER
& PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Telephone: (248) 642-0333
dep@wwrplaw.com
rer@wwrplaw.com

*Interim Lead Counsel*
*for the Indirect Purchaser Class*

<div style="columns:2">

J. Douglas Richards
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine Street, Fourteenth Floor
New York, New York 10005
Tel. (212) 838-7797
Fax. (212) 838-7745
drichards@cohenmilstein.com

Emmy L. Levens
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave. NW, Ste. 500 West
Washington, DC 20005
Tel. (202) 408-3669
Fax. (202) 408-4699
elevens@cohenmilstein.com

Michael M. Buchman
Adam G. Kurtz
POMERANTZ GROSSMAN HUFFORD
DAHLSTROM & GROSS LLP
600 Third Avenue
New York, NY 10016
Tel. (212) 661-1100
Fax. (212) 661-8665
mbuchman@pomlaw.com
agkurtz@pomlaw.com

Timothy D. Battin
Mark J. Schirmer
STRAUS & BOIES, LLP
4041 University Drive, 5th Flr.
Fairfax, Virginia 22030
Tel. (703) 764-8700
Fax. (703) 764-8704
tbattin@straus-boies.com

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2013, I caused the filing of the foregoing Notice of Appeal to be filed with the Court using the ECF system, which will send notification to all counsel of record.

/s/ David E. Plunkett
David E. Plunkett