UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors
Antitrust Litigation

Case No. 2:09-md-02042

Hon. Sean F. Cox

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David M. Schnorrenberg of the law firm of Crowell &

Moring has this day entered an appearance as attorney of record for Plaintiff, General Electric

Company, in the above entitled cause.

Respectfully submitted,

CROWELL & MORING LLP

By:  /s/ David M. Schnorrenberg
_____
David M. Schnorrenberg (D.C. Bar No. 458774)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:     (202) 624-2500
Facsimile:      (202) 628-5116
dschnorrenberg@crowell.com

Carl H. von Ende (P21867)
Kimberly L. Scott (P69706)
MILLER, CANFIELD, PADDOCK and STONE,
   P.L.C.
Suite 2500
150 West Jefferson
Floor 24
Detroit, Michigan 48226
Telephone:     (313) 496-7618
Facsimile:      (313) 496-8454
vonende@millercanfield.com
scott@millercanfield.com

Dated:  June 20, 2013                    *Attorneys for Plaintiff General Electric Company*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will serve the Notice of Appearance on all counsel of record.

Respectfully submitted,

/s/ David M. Schnorrenberg
David M. Schnorrenberg (D.C. Bar No. 458774)
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:    (202) 624-2500
Facsimile:     (202) 628-5116
dschnorrenberg@crowell.com
