UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors
Antitrust Litigation

Case No. 2:09-md-02042

Hon. Sean F. Cox

_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly L. Scott of the law firm of Miller, Canfield, Paddock and Stone, P.L.C., has this day entered an appearance as attorney of record for Plaintiff, General Electric Company, in the above entitled cause.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Kimberly L. Scott
Carl H. von Ende (P21867)
Kimberly L. Scott (P69706)
101 N. Main St., 7th Floor
Ann Arbor, Michigan 48104-1400
Telephone:    (734) 668-7696
Facsimile:    (734) 747-7147
vonende@millercanfield.com
scott@millercanfield.com

David M. Schnorrenberg (D.C. Bar No. 458774)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:    (202) 624-2500
Facsimile:    (202) 628-5116
dschnorrenberg@crowell.com

Dated: June 20, 2013           *Attorneys for Plaintiff General Electric Company*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will serve the Notice of Appearance on all counsel of record.

Respectfully submitted,

/s/ Kimberly L. Scott
Carl H. von Ende (P21867)
Kimberly L. Scott (P69706)
101 N. Main St., 7th Floor
Ann Arbor, Michigan 48104-1400
Telephone:   (734) 668-7696
Facsimile:    (734) 747-7147
vonende@millercanfield.com
scott@millercanfield.com

2