UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors
Antitrust Litigation

Case No. 2:09-md-02042

Hon. Sean F. Cox

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Carl H. von Ende of the law firm of Miller, Canfield, Paddock and Stone, P.L.C., has this day entered an appearance as attorney of record for Plaintiff, General Electric Company, in the above entitled cause.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: /s/ Carl H. von Ende
Carl H. von Ende (P21867)
Kimberly L. Scott (P69706)
Suite 2500
150 West Jefferson
Floor 24
Detroit, Michigan 48226
Telephone:   (313) 496-7618
Facsimile:   (313) 496-8454
vonende@millercanfield.com
scott@millercanfield.com

David M. Schnorrenberg (D.C. Bar No. 458774)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116
dschnorrenberg@crowell.com

Dated: June 19, 2013            *Attorneys for Plaintiff General Electric Company*

## CERTIFICATE OF SERVICE

I certify that on June 20, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will serve the Notice of Appearance on all counsel of record.

                                        Respectfully submitted,

                                      /s/ Carl H. von Ende
                                      Carl H. von Ende (P21867)
                                      Kimberly L. Scott (P69706)
                                      Suite 2500
                                      150 West Jefferson
                                      Floor 24
                                      Detroit, Michigan 48226
                                      Telephone:    (313) 496-7618
                                      Facsimile:     (313) 496-8454
                                      vonende@millercanfield.com
                                      scott@millercanfield.com