IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-MD-2042<br><br>MDL No. 2042<br><br><br>Honorable Sean F. Cox<br><br>DISCLOSURE STATEMENT |

Pursuant to Rule 7.1, FRCP and E.D. Mich. LR 83.4 defendants Danfoss A/S, Danfoss Flensburg GmbH and Danfoss, LLC by their undersigned counsel of record state as follows:

1. Danfoss Flensburg GmbH is wholly owned by Danfoss Compressors Holding A/S which in turn is wholly owned by Danfoss A/S.

2. Danfoss, LLC is wholly owned by Danfoss International A/S, which is in turn wholly owned by Danfoss A/S.

3. Danfoss A/S is not listed and is not publicly traded.

Dated: June 26, 2013

/s/
Jeffrey E. Glen

ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212)-278-1722
Facsimile: (212)-278-1733
E-Mail: jglen@andersonkill.com

*Attorneys for Defendants*
Danfoss A/S, Danfoss Flensburg GmbH and Danfoss, LLC

nydocs1-1014685.1