IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-MD-2042<br><br>MDL No. 2042<br><br><br>Honorable Sean F. Cox |

### NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

PLEASE enter the appearance of Lawrence Kill of Anderson Kill & Olick, P.C., as counsel on behalf of Defendants Danfoss A/S, Danfoss Flensburg Gmbh and Danfoss, LLC in the above-captioned matter.

Dated: June 28, 2013

Respectfully submitted,

_____
Lawrence Kill
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212)-278-1722
Facsimile:  (212)-278-1733
E-Mail: lkill@andersonkill.com

*Attorneys for Defendants*
Danfoss A/S, Danfoss Flensburg Gmbh and Danfoss, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2013, the forgoing Notice of Appearance was filed with the court using the ECF system, which will send notification to all counsel registered to receive electronic notice from the Court's electronic filing system.

By: _____
Lawrence Kill

nydocs1-1015150.1