**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| IN RE:  REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042 |
|  | MDL No. 2042 |
| THIS DOCUMENT RELATES TO: | Honorable Sean F. Cox |
| *General Electric Company v. Whirlpool Corporation et al.* | Case No. 2:13-cv-12638 |

**STIPULATED ORDER REGARDING EXTENSION OF TIME TO FILE MOTION TO
STAY AND TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter having come before the Court upon the stipulation of General Electric

Company ("GE"); Whirlpool Corporation, Whirlpool S.A., and Embraco North America, Inc.

(together, the "Embraco Defendants"); and Danfoss A/S, Danfoss Flensburg GmbH and Danfoss,

LLC (together, the "Danfoss Defendants") (GE, the Embraco Defendants and the Danfoss

Defendants are collectively referred to herein as the "Parties"), as evidenced by the signatures of

the Parties' counsel below; and

The Court being otherwise fully advised in the premises hereof:

IT IS HEREBY ORDERED that:

1.       The Embraco Defendants will, and the Danfoss Defendants may, file a motion to

stay litigation pending arbitration in *General Electric Co. v. Whirlpool Corp. et al.*, Case No.

2:13-cv-12638 on or before August 16, 2013; and

2.       GE's opposition to any motions filed per paragraph 1 shall be filed within 30 days

of the filing of such motions; and

[DC 520511_4]

3.      The Embraco Defendants' and the Danfoss Defendants' replies in further support of their respective motions filed per paragraph 1 shall be filed within 14 days of GE's filing its oppositions as described in paragraph 2; and

4.      If the Court denies the Embraco Defendants' motion filed per paragraph 1, the Embraco Defendants shall thereafter be entitled to file motions to dismiss or to otherwise respond to GE's Complaint, ECF No. 1, on a schedule to be agreed to by GE and the Embraco Defendants or ordered by the Court; and

5.      If the Court denies the Danfoss Defendants' motion filed per paragraph 1, the Danfoss Defendants shall thereafter be entitled to file motions to dismiss or to otherwise respond to GE's Complaint, ECF No. 1, on a schedule to be agreed to by GE and the Danfoss Defendants or ordered by the Court; and

6.      If the Danfoss Defendants do not file a motion per paragraph 1, the Danfoss Defendants will file a response to the GE's Complaint, ECF No. 1, on or before August 16, 2013, and the GE and the Danfoss Defendants will follow a briefing schedule as outlined in paragraphs 2 and 3 above.

SO ORDERED:


Dated:  July 23, 2013                          s/ Sean F. Cox
                                               Sean F. Cox
                                               U. S. District Judge

[DC 520511_4]

**Stipulated to and approved by:**

Dated:  July 5, 2013

                                      Respectfully submitted,

**CROWELL & MORING**

By: /s/ David M. Schnorrenberg (with consent)
David M. Schnorrenberg
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
dschnorrenberg@crowell.com

*Counsel for Plaintiff*

**DYKEMA GOSSETT PLLC**

By: /s/ Howard B. Iwrey
Howard B. Iwrey (P39365)
James P. Feeney (P13335)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Tel: (248) 203-0841
Fax: (248) 203-0763
hiwrey@dykema.com
jfeeney@dykema.com

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**

David I. Gelfand
Matthew Slater
Brian Byrne
Larry Work-Dembowski
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Tel: (202) 974-1500
Fax: (202) 974-1999
dgelfand@cgsh.com
mslater@cgsh.com
lbrannon@cgsh.com
bbyrne@cgsh.com

*Counsel for the Embraco Defendants*

3

[DC 520511_4]

**VARNUM**

By: /s/ John W. Allen(with consent)
John W. Allen (P10120)
251 North Rose Street, 4th Floor
Kalamazoo, Michigan 49007-3823
Tel: (269) 382-2300
Fax: (269) 382-2382
jwallen@varnumlaw.com

**ANDERSON KILL & OLICK, P.C.**

Lawrence Kill
Jeffrey Glen
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 278-1722
Fax: (212) 278-1733
Lkill@andersonkill.com
Jglen@andersonkill.com

*Counsel for the Danfoss Defendants*