UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors
Antitrust Litigation

Case No. 2:09-md-02042

Honorable Sean F. Cox
United States District Court

_____/

**ORDER TO SHOW CAUSE
WHY MOTION TO WITHDRAW SHOULD NOT BE GRANTED**

Defendant Appliances Components Companies, S.p.A. and Defendant ACC USA, LLC (collectively "ACC") are currently represented in this action by attorneys from two law firms: 1) Hogan Lovells US LLP ("Hogan Lovells"); and 2) Barris Sott Denn Driker PLLC ("BSDD").

On July 19, 2013, Hogan Lovells and BSDD jointly filed a motion seeking to withdraw from representation of ACC for failure to pay legal fees.  (Docket Entry No. 382).  The motion states that ACC is now in insolvency proceedings in Italy and has no ability to pay counsel in this action.

The Court hereby **ORDERS** that, if any party opposes the motion to withdraw, it shall **SHOW CAUSE**, in writing, no later than **August 12, 2013**, why the pending motion should not be granted.

**IT IS SO ORDERED**.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  August 5, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on

August 5, 2013, by electronic and/or ordinary mail.

                              S/Jennifer Hernandez
                              Case Manager