MIED (Rev. 5/05) Request for Clerk's Entry of Default

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**In re: Refrigerant Compressors Antitrust Litigation,**
In the matter of:

General Electric Company,

    Plaintiff(s),          Case No. 2:09-md-02042-SFC

v.                 Judge Sean F. Cox

Whirlpool Corporation, et al.,      Magistrate Judge

    Defendant(s).

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against ACC USA, LLC for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on ACC USA, LLC at Corporation Trust Co, 1209 Orange Street, New Castle County, Delaware 19801 by personal service.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: August 7, 2013        /s/ Kimberly L. Scott

               P69706
               Miller, Canfield, Paddock and Stone, P.L.C.
               101 N. Main St., Seventh Floor
               Ann Arbor, MI 48104
               (734) 668-7696
               scott@millercanfield.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

HOUSEHOLD COMPRESSORS HOLDING SpA
VIALE LINO ZANUSSI 11
33170 PORDENONE
ITALY

and served by personal service upon the following non-CM/ECF participants:

ACC USA, LLC
c/o  THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

/s/ Kimberly L. Scott
*Counsel for Plaintiff, General Electric Company*

21400106.1\150149-00003