# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN RE: REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION

Case No. 2:09-md-2042
Honorable Sean F. Cox

THIS DOCUMENT RELATES TO:

General Electric Company v. Whirlpool
Corporation et al.

Case No. 2:13-cv-12638

## NOTICE OF STATUS CONFERENCE

You are hereby notified to appear before the Honorable Sean F. Cox, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 257 |
|---|---|---|
| **Thursday, August 29, 2013** | 10:00 a.m. | **Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226** |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon counsel of record on this date August 7, 2013 by ordinary mail and/or electronic mail.

Date: August 7, 2013

s/ Jennifer McCoy
Deputy Clerk          313-234-2650