```
                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION


IN RE REFRIGERANT COMPRESSORS
ANTITRUST LITIGATION                      Case No. 09-02042
_____/

                        STATUS CONFERENCE
                 BEFORE THE HONORABLE SEAN F. COX
                     United States District Judge
                         257 U.S. Courthouse
                     231 West Lafayette Boulevard
                        Detroit, Michigan 48226

                      (Thursday, May 30, 2013)

APPEARANCES:          DAVID E. PLUNKETT, ESQUIRE
                      Appearing on behalf of indirect purchaser
                      plaintiffs.

                      DAVID H. FINK, ESQUIRE
                      E. POWELL MILLER, ESQUIRE
                      Appearing on behalf of direct purchaser
                      plaintiffs.

                      S. THOMAS WIENNER, ESQUIRE
                      Appearing on behalf of direct purchaser
                      plaintiffs.

                      EVA W. COLE, ESQUIRE
                      Appearing on behalf of the Panasonic
                      defendants.

                      FRED K. HERRMANN, ESQUIRE
                      Appearing on behalf of the Panasonic
                      defendants.

                      EDWARD A. GELTMAN, ESQUIRE
                      Appearing on bhalf of the Tecumseh
                      defendants.

                      HOWARD B. IWREY, ESQUIRE
                      BRIAN BYRNE, ESQUIRE
                      SANFORD M. PASTROFF, ESQUIRE
                      Appearing on behalf of the Embraco
                      defendants.
```

```
 1                        DENNIS BARNES, ESQUIRE
                          Appearing on behalf of Defendant ACC USA,
 2                        LLC.

 3                        JOHN W. ALLEN, ESQUIRE
                          JAMES M. ANDRIOLA, ESQUIRE
 4                        Appearing on behalf of the Danfoss
                          defendants.
 5
     COURT REPORTER:      MARIE J. METCALF, CVR, CM
 6                        257 U.S. Courthouse
                          231 West Lafayette Boulevard
 7                        Detroit, Michigan 48226
                          metcalf_court@msn.com
 8

 9

10                        **TABLE OF CONTENTS**

11

12   Proceedings - Thursday, May 30, 2013
```

1                    Detroit, Michigan

2                    Thursday, May 30, 2013

3                    At 3:10 p.m.

4                         *     *     *

5            DEPUTY COURT CLERK:  The United States District Court
6    is in session.

7            Please be seated.

8            The Court calls case number 09-md-2042, In re
9    Refrigerant Compressors antitrust litigation.

10           And, counsel, we'll take your appearances for the
11   record, please?

12           MR. FINK:  David Fink, appearing on behalf of direct
13   purchaser plaintiffs.  And with me at counsel table is Powell
14   Miller.

15           THE COURT:  Good afternoon.  Mr. Plunkett?

16           MR. PLUNKETT:  Judge, David Plunkett, appearing on
17   behalf of the indirect purchaser plaintiffs.

18           MR. WIENNER:  Good afternoon, Your Honor.  Tom
19   Wienner, also for the direct purchaser plaintiffs.

20           MR. ALLEN:  John Allen, Varnum attorneys, for the
21   Danfoss defendants.  With me is Mr. James Andriola.

22           MS. COLE:  Eva Cole, on behalf of the Panasonic
23   defendants.

24           MR. IWREY:  Howard Iwrey on behalf of the Embraco
25   defendants.  With me is Brian Byrne and Sanford Pastroff.

1          MR. HERRMANN:  Fred Herrmann on behalf of the
2    Panasonic defendants.
3          MR. GELTMAN:  Ed Geltman on behalf of the Tecumseh
4    defendants.
5          MR. BARNES:  And Dennis Barnes on behalf of ACC.
6          THE COURT:  All right.  What I'm going to do is, I
7    have a question to ask everyone before we start.  Does anyone
8    have an objection to the direct purchaser's motion for
9    preliminary approval of class action settlement between the
10   direct purchaser plaintiffs and the Tecumseh defendants, the
11   Embarco defendants and the Danfoss defendants?  Anybody have an
12   objection?
13         All right.  I don't hear any.  Okay.
14         How about if I meet with plaintiff's counsel first,
15   okay, except indirect?
16         MR. PLUNKETT:  Understood, Your Honor.
17              (Court in recess at 3:13 p.m.)
18              (Court in session at 4:17 p.m.)
19         COURT CLERK:  All rise.  The United States District
20   Court for the Eastern District of Michigan is back in session.
21   Please be seated.
22         THE COURT:  Okay.  It was good meeting with all of
23   you.  We do have a housekeeping issue, and I believe that the
24   direct purchaser plaintiffs and the indirect purchaser
25   plaintiffs may have a motion regarding dismissing Emerson

1   Climate Technologies, Inc., Copeland Corporation, LLC, CR
2   Compressors, LLC, Scroll Compressors, LLC, and Bristol
3   Compressors International, Inc.  Am I mistaken?
4              MR. FINK:  Never, Your Honor.  You're never mistaken,
5   Your Honor.
6              THE COURT:  I'm sure that's your official position,
7   but if you were walking across the street to the 24-hour grill
8   with Mr. Miller, it may change.  But go ahead.
9              MR. FINK:  Oh, no.  Yes, Your Honor, we would like to
10  move to dismiss the entities -- the direct purchasers would
11  move to dismiss the entities that you have just identified,
12  Your Honor.
13             THE COURT:  And, Mr. Plunkett, are you prepared to
14  take a position on behalf of the indirect purchasers?
15             MR. PLUNKETT:  I am.  Since none of those defendants
16  were named in our last amended complaint, I think it's
17  appropriate to dismiss those defendants.
18             THE COURT:  All right.  Thank you very much.  That's
19  all I have for today, okay.
20             MR. FINK:  Your Honor?  I apologize. Could I ask the
21  Court a question?  It doesn't have to be on the record, but I
22  just wanted to know if the Court was going to set argument for
23  the unopposed motion for preliminary approval.  I don't know if
24  argument's necessary.
25             THE COURT:  Yeah.  I don't know.  I just wanted to

1  get a feel for where everyone is today, and I do, and kind of
2  an idea where we're going next, okay?
3              MR. FINK:  Thank you.
4              MR. PLUNKETT:  Thank you, Your Honor.
5              COURT CLERK:  Court's in recess.
6                   (Court in recess at 4:19 p.m.)
7                          *     *     *

15              **C E R T I F I C A T I O N**
16       I, Marie J. Metcalf, Official Court Reporter for the
17  United States District Court, Eastern District of Michigan,
18  Southern Division, appointed pursuant to the provisions of
19  Title 28, United States Code, Section 753, do hereby certify
20  that the foregoing is a correct transcript of the proceedings
21  in the above-entitled cause on the date hereinbefore set forth.
22       I do further certify that the foregoing transcript
23  has been prepared by me or under my direction.
24  s\Marie J. Metcalf                              08-27-13
25  Marie J. Metcalf, CVR, CM                       (Date)