UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors
Antitrust Litigation

Case No. 2:09-md-02042

Honorable Sean F. Cox
United States District Court

_____/

## ORDER GRANTING
## UNOPPOSED MOTION TO WITHDRAW

Defendant Appliances Components Companies, S.p.A. and Defendant ACC USA, LLC (collectively "ACC") are currently represented in this action by attorneys from two law firms: 1) Hogan Lovells US LLP ("Hogan Lovells"); and 2) Barris Sott Denn Driker PLLC ("BSDD").

On July 19, 2013, Hogan Lovells and BSDD jointly filed a motion seeking to withdraw from representation of ACC for failure to pay legal fees. (Docket Entry No. 382). The motion states that ACC is now in insolvency proceedings in Italy and has no ability to pay counsel in this action.

In an order issued on August 5, 2013, this Court ordered that "if any party opposes the motion to withdraw, it shall **SHOW CAUSE**, in writing, no later than **August 12, 2013**, why the pending motion should not be granted." (Docket Entry No. 386) (emphasis in original). No responses in opposition to the Motion to Withdraw, and no responses to this Court's Show Cause Order, have been filed.

Accordingly, **IT IS ORDERED** that the unopposed Motion to Withdraw filed by Hogan

Lovells and BSDD (Docket Entry No. 382) is **GRANTED.**

    **IT IS SO ORDERED**.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated:  August 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 29, 2013, by electronic and/or ordinary mail.

                                              S/Jennifer Hernandez
                                              Case Manager