# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION ) ) ) ) | No. 2:09-md-2042<br><br>MDL No. 2042 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) | Honorable Sean F. Cox |

## STIPULATED ORDER REGARDING EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES AND TO ANSWER THE INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; and

The Court being otherwise fully advised in the premises hereof:

IT IS HEREBY ORDERED that

1. Defendants shall answer the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Doc. #314) on or before September 30, 2013.

3. All parties shall submit their Initial Disclosures with respect to the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Doc. #314) on or before September 30, 2013.

Dated: August 29, 2013

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

**Stipulated to and approved by:**

Dated:  August 20, 2013  Respectfully submitted,

/s/ David E. Plunkett (with consent)
David E. Plunkett (P66696)
Richard E. Rassel (P57540)
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 642-0333
dep@wwrplaw.com
rer@wwrplaw.com

*Interim Lead Counsel for the Indirect Purchaser Class*

/s/ Howard B. Iwrey
Howard B. Iwrey (P39365)
James P. Feeney (P13335)
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0841
jfeeney@dykema.com
hiwrey@dykema.com

 Mark Leddy
Leah Brannon
Brian Byrne
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500
mleddy@cgsh.com
lbrannon@cgsh.com
bbyrne@cgsh.com

*Counsel for Defendants Whirlpool S.A. and Embraco North America, Inc.*

/s/ Fred K. Hermann (with consent)
Fred K. Herrmann (P49519)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
was@krwlaw.com
fkh@krwlaw.com

Jeffrey L. Kessler
A. Paul Victor
David Greenspan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4698
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

/s/ John W. Allen (with consent)
John W. Allen (P10120)
Varnum LLP
251 North Rose Street, 4th Floor
Kalamazoo, MI 49007
(269) 382-2300
jwallen@varnumlaw.com

3

BH01\1806569.4
ID\HBI - 105622\0001

James M. Andriola
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
jandriola@reedsmith.com

*Counsel for Defendants Danfoss Commercial Compressors, Ltd., Danfoss A/S, Danfoss, Inc., Danfoss Scroll Technologies, LLC, Danfoss Turbocor Compressors, Inc. and Danfoss Compressors LLC*


/s/ Dennis M. Barnes (with consent)
Dennis M. Barnes (P39401)
Barris, Sott, Denn & Driker, PLLC
211 W. Fort St. 15th Floor
Detroit, MI 48226
(313) 965-9725
dbarnes@bsdd.com

William L. Monts III
Corey W. Roush
Benjamin F. Holt
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
william.monts@hoganlovells.com

*Counsel for Defendants Appliances Components Companies, S.p.A. and ACC USA LLC*


/s/ Edward A. Geltman (with consent)
Edward A. Geltman
edward.geltman@squiresanders.com
Iain R. McPhie
iain.mcphie@squiresanders.com
Jeremy W. Dutra
jeremy.dutra@squiresanders.com
Squire Sanders (US) LLP
1200 19th Street, NW, Suite 300
Washington, DC 20036
Tel.: (202) 626-6600
Fax: (202) 626-6780

4

David A. Ettinger
dettinger@honigman.com
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel.: (313)465-7368
Fax: (313) 465-7369

*Counsel for the Tecumseh Defendants*

BH01\1806569.4
ID\HBI - 105622\0001