# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042 |
| | MDL No. 2042 |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER PLAINTIFFS | Honorable Sean F. Cox |

## STIPULATED ORDER REGARDING EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES AND TO ANSWER THE DIRECT PURCHASER PLAINTIFFS' SECOND AMENDED MASTER AMENDED COMPLAINT

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; and

the Court being otherwise fully advised in the premises hereof:

IT IS HEREBY ORDERED that

1. Panasonic Corporation and Panasonic Corporation of North America shall have until September 16, 2013 to answer the Direct Purchaser Plaintiffs' Second Amended Master Amended Complaint (Doc. #304).

2. Panasonic Corporation, Panasonic Corporation of North America, and Direct Purchaser Plaintiffs shall have until September 16, 2013 to submit their Initial Disclosures.

Dated: August 29, 2013

s/ Sean F. Cox
Sean F. Cox
U. S. District Judge

{34565/1/DT785229.DOCX;1}   1

**Stipulated to and approved by:**

Dated: August __, 2013		Respectfully submitted,


		/s/ David H. Fink (with consent)
		David H. Fink (P28235)
		Darryl Bressack (P67820)
		Fink & Associates Law
		100 West Long Lake Road; Suite 111
		Bloomfield Hills, MI 48304
		(248) 971-2501
		dfink@finkandassociateslaw.com


		/s/ E. Powell Miller (with consent)
		E. Powell Miller (P39487)
		Casey A. Fry (P72332)
		The Miller Law Firm, P.C.
		950 W. University Drive; Suite 300
		Rochester, MI 48307
		(248) 841-2200
		epm@millerlawpc.com

		*Interim Lead Counsel for Direct Purchaser Plaintiffs*

{34565/1/DT785229.DOCX;1}		2

/s/ Fred K. Herrmann
Fred K. Herrmann (P49519)
Matthew L. Powell (P69186)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fkh@krwlaw.com
mlp@krwlaw.com


Jeffrey L. Kessler
A. Paul Victor
David Greenspan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4698
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*