UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gateway KGMP Development,
Incorporated, et al.,

      Plaintiff(s),

v.             Case No. 2:09−md−02042−SFC
             Hon. Sean F. Cox

Tecumseh Products Company,
et al.,

      Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Household Compressors Holding SpA

 The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

 I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

            DAVID J. WEAVER, CLERK OF COURT

            By: s/ K Krawczyk
            Deputy Clerk

Dated: October 11, 2013