AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY </br> *Plaintiff* </br> v. </br> WHIRLPOOL CORPORATION, ET AL. </br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. 3-13-cv-213-H </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HOUSEHOLD COMPRESSORS HOLDING SpA
VIALE LINO ZANUSSI 11
33170 PORDENONE
ITALY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JOHN R. McCALL
THERESA A. CANADAY
FROST BROWN TODD LLC
400 WEST MARKET STREET, 32ND FLOOR
LOUISVILLE, KY 40202-3363

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/15/2013

*Signature of Clerk or Deputy Clerk*

## RELAZIONE DI NOTIFICA

A richiesta come in atti io sottoscritto Assistente U.N.E.P. del Tribunale di Pordenone ho notificato copia conforme del suesteso atto a

Sig. Household Compressor Holding JA[?]

Viale Zanussi M. Pordenone

A MANI DELLA dolette Federice Magnoler
COSI' QUALIFICATASI CAPACE E CONVIVENTE
ESSO AL MOMENTO ASSENTE. 10/7/13

A. UFFICIALE GIUDIZIARIO
TRIBUNALE DI PORDENONE
Vito PICHIERRI

x Federice Magnoler
Pordenone 10/7/2013

# NOTICE OF SERVICE

At the request as required by court order I,

the undersigned Assistant at the UNEP

*[Office of Notification, Execution and Protests]*

at the Court of Pordenone, have communicated

a true copy of the foregoing document to Mr.

Household Compressor Holding JA

Viale Zanussi 11 Pordenone

BY THE HAND OF [*illegible*] Federico [*illegible*]
THUS QUALIFIED AS OF LEGAL AGE AND RESIDING AT THE APPROPRIATE ADDRESS
HE BEING ABSENT AT THIS TIME

_____

[*illegible*]  7/10/13

       TO THE JUDICIAL OFFICER
       COURT OF PORDENONE
          Vito PICCHIERE

X [*illegible*]

Pordenone 7/10/2013

October 2, 2013

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Italian into English of the Notice of Service for Household Compressor Holding.

_____

Abraham I. Holczer

Project Manager

Park Case # CRM_1310_002

15 W. 37th Street 8th Floor • New York, N.Y. 10018
Phone: 212-581-8870 • Fax: 212-581-5577