UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | ) ) No. 2:09-md-2042 ) ) MDL. No. 2042 ) ) Honorable Sean F. Cox ) |
| THIS DOCUMENT RELATES TO: General Electric Co. v. Whirlpool Corp., et al., No. 2:13-cv-12638 | ) ) ) ) ) |

### Index of Exhibits
### to Brief in Support of Motion by Defendants Embraco North America, Inc., Whirlpool S.A., and Whirlpool Corporation for Leave to File a Response to GE's Surreply

Exhibit A:   Response to General Electric's Surreply by Defendants Embraco North America, Inc., Whirlpool S.A., and Whirlpool Corporation

Exhibit B:   *Engineering & Manufacturing Services, LLC v. Ashton*, 387 F. App'x 575 (6th Cir. 2010)

Exhibit C:   *Saad v. City of Dearborn Heights*, 876 F. Supp. 2d 925 (E.D. Mich. 2012)