# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | MDL Docket No. 2:09-MD-2042<br><br>Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br><br>*General Electric Company v. Whirlpool Corporation, et al.* | Civil Action No. 2:13-cv-12638 |

## INDEX OF EXHIBITS TO
## RESPONSE TO MEMORANDUM BY DANFOSS DEFENDANTS IN SUPPORT OF MOTION BY EMBRACO NORTH AMERICA, INC., WHIRLPOOL S.A., AND WHIRLPOOL CORPORATION TO STAY PROCEEDINGS BY GENERAL ELECTRIC COMPANY AGAINST HOUSEHOLD COMPRESSORS HOLDING SPA AND ACC USA, LLC AND BRIEF IN SUPPORT THEREOF

Exhibit A: *Shanghai Automation Instrument Co., Ltd. v. Kuei*, 194 F. Supp. 2d 995 (N.D. Cal. 2001)