UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors　　　　　　　　Case No. 2:09-md-02042
Antitrust Litigation

　　　　　　　　　　　　　　　　　　　　　　Honorable Sean F. Cox
　　　　　　　　　　　　　　　　　　　　　　United States District Court

_____/

## ORDER
## REGARDING INDIRECT PURCHASER PLAINTIFFS' CASE

The parties have filed several stipulations and orders extending the time for Defendants to answer the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint and extending the time for the parties to submit their Initial Disclosures with respect to the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint. Most recently, the parties have requested that the Court extend those dates until February 24, 2014. Having considered the parties' joint request, IT IS ORDERED that:

1. Defendants shall answer the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint no later than February 24, 2014;

2. All parties shall submit their Initial Disclosures with respect to the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint no later than February 24, 2014; and

3. **This Court will not grant any further extensions of these dates.**

IT IS FURTHER ORDERED that the Court will hold a Status Conference, as to the Indirect Purchaser Plaintiffs' case only, on **February 11, 2014 at 2:00 p.m.**

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　S/Sean F. Cox
　　　　　　　　　　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: January 9, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042 |
| | MDL No. 2042 |
| THIS DOCUMENT RELATES TO: INDIRECT PURCHASER PLAINTIFFS | Honorable Sean F. Cox |

**STIPULATION REGARDING EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES AND TO ANSWER THE INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT**

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; and

The Court being otherwise fully advised in the premises hereof:

IT IS HEREBY ORDERED that

1. Defendants shall answer the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Doc. #314) on or before : February 24, 2014.

3. All parties shall submit their Initial Disclosures with respect to the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Doc. #314) on or before February 24, 2014.

**Stipulated to and approved by:**

Dated: January 6, 2014          Respectfully submitted,

/s/ David E. Plunkett (with consent)
David E. Plunkett (P66696)
Richard E. Rassel (P57540)
Williams, Williams, Rattner & Plunkett, P.C.

380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 642-0333
dep@wwrplaw.com
rer@wwrplaw.com

*Interim Lead Counsel for the Indirect Purchaser Class*

/s/ Howard B. Iwrey
Howard B. Iwrey (P39365)
James P. Feeney (P13335)
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0841
jfeeney@dykema.com
hiwrey@dykema.com

2

Leah Brannon
Brian Byrne
Elaine Ewing
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500
lbrannon@cgsh.com
bbyrne@cgsh.com
eewing@cgsh.com

*Counsel for Defendants Whirlpool S.A. and Embraco North America, Inc.*

/s/ Fred K. Hermann (with consent)
Fred K. Herrmann (P49519)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fherrmann@kerr-russell.com

Jeffrey L. Kessler
A. Paul Victor
David Greenspan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4698
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

/s/ John W. Allen (with consent)
John W. Allen (P10120)
Varnum LLP
251 North Rose Street, 4th Floor
Kalamazoo, MI 49007
(269) 382-2300
jwallen@varnumlaw.com

3

James M. Andriola
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
jandriola@reedsmith.com

*Counsel for Danfoss A/S, Danfoss,    Inc., Danfoss Commercial Compressors, Ltd.,Danfoss Scroll Technologies, LLC, Danfoss Turbocor Compressors,Inc. and Danfoss Flensburg GmbH*


/s/ Dennis M. Barnes (with consent)
Dennis M. Barnes (P39401)
Barris, Sott, Denn & Driker, PLLC
211 W. Fort St. 15th Floor
Detroit, MI 48226
(313) 965-9725
dbarnes@bsdd.com

William L. Monts III
Corey W. Roush
Benjamin F. Holt
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
william.monts@hoganlovells.com

*Counsel for Defendants Appliances Components Companies, S.p.A. and ACC USA LLC*


/s/ Edward A. Geltman (with consent)
Edward A. Geltman
edward.geltman@squiresanders.com
Iain R. McPhie
iain.mcphie@squiresanders.com
Jeremy W. Dutra
jeremy.dutra@squiresanders.com
Squire Sanders (US) LLP
1200 19th Street, NW, Suite 300
Washington, DC 20036

4

Tel.: (202) 626-6600
Fax: (202) 626-6780

David A. Ettinger
dettinger@honigman.com
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel.: (313)465-7368
Fax: (313) 465-7369

*Counsel for the Tecumseh Defendants*

5