UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | No. 2:09-md-2042<br><br>MDL No. 2042<br><br>Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | | |

**STIPULATED ORDER ADDING DANFOSS FLENSBURG GMBH
AS A PARTY DEFENDANT FOR SETTLEMENT PURPOSES ONLY**

This matter having come before the Court upon the stipulation of the parties as evidenced by the signatures of their counsel below; and

The Court being otherwise fully advised in the premises hereof:

IT IS HEREBY ORDERED that

1. In the event the Court grants the Direct Purchaser Class Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlements Between Direct Purchaser Class Plaintiffs and the Tecumseh Defendants, Embraco Defendants, Danfoss Flensburg And Panasonic Defendants (Doc. #456), Danfoss Flensburg GmbH, formerly Danfoss Compressors GmbH ("Danfoss Flensburg"), shall be added as a party defendant to the direct purchaser actions for settlement purposes only.

2.      By entering into this stipulation, Danfoss Flensburg does not waive any of its defenses all of which are expressly reserved.

Dated:  January 9, 2014               s/ Sean F. Cox
                                       Sean F. Cox
                                       U. S. District Judge


**Stipulated to and approved by:**

Dated:  January 7, 2014

/s/ David H. Fink
David H. Fink (P28235)
Darryl Bressack (P67820)
Fink + Associates Law
100 West Long Lake Rd., Suite 111
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkandassociateslaw.com

E. Powell Miller
The Miller Law Firm, PC
950 W. University Dr., Suite 300
Rochester, MI 48307
(248) 841-2200
epm@millerlawpc.com

*Interim Lead Counsel for the Direct Purchaser Class*


/s/ John W. Allen (w/ consent)
John W. Allen (P10120)
Varnum LLP

2

251 North Rose Street, 4th Floor
Kalamazoo, MI 49007
(269) 382-2300
jwallen@varnumlaw.com

James M. Andriola
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
jandriola@reedsmith.com

*Counsel for Defendants Danfoss A/S, Danfoss, Inc., Danfoss Commercial Compressors, Ltd., Danfoss Scroll Technologies, LLC, Danfoss Turbocor Compressors, Inc. and incoming Defendant Danfoss Flensburg GmbH*

/s/ Howard B. Iwrey (w/ consent)
Howard B. Iwrey (P39365)
James P. Feeney (P13335)
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0841
jfeeney@dykema.com
hiwrey@dykema.com

Mark Leddy
Leah Brannon
Brian Byrne
Cleary Gottlieb Steen & Hamilton LLP

3

2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500
mleddy@cgsh.com
lbrannon@cgsh.com
bbyrne@cgsh.com

*Counsel for Defendants Whirlpool S.A. and Embraco North America, Inc.*


/s/ Fred K. Hermann (with consent)
Fred K. Herrmann (P49519)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
was@krwlaw.com
fkh@krwlaw.com


Jeffrey L. Kessler
A. Paul Victor
David Greenspan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4698
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

/s/ Edward A. Geltman (with consent)
Edward A. Geltman
edward.geltman@squiresanders.com
Iain R. McPhie

4

iain.mcphie@squiresanders.com
Jeremy W. Dutra
jeremy.dutra@squiresanders.com
Squire Sanders (US) LLP
1200 19th Street, NW, Suite 300
Washington, DC 20036
Tel.: (202) 626-6600
Fax: (202) 626-6780

David A. Ettinger
dettinger@honigman.com
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel.: (313) 465-7368
Fax: (313) 465-7369

*Counsel for the Tecumseh Defendants*


*Defendants Appliance Components Companies, S.P.A. and ACC USA LLC are no longer represented by counsel*

5