UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors                    Case No. 2:09-md-02042
Antitrust Litigation

                                                  Honorable Sean F. Cox
                                                  United States District Court


_____/

## ORDER
## REGARDING DIRECT PURCHASER PLAINTIFFS' CASE

In an order issued this date, this Court granted preliminary approval of a proposed class

action settlement between the Direct Purchaser Plaintiffs and most, but not all, Defendants.

Pursuant to that Order, the Direct Purchaser Plaintiffs' case is currently stayed as to all Settling

Defendants.

The Court is holding a Status Conference with the parties, as to the Indirect Purchaser

Plaintiffs' case, on **February 11, 2014 at 2:00 p.m.**

The Court hereby ORDERS that, if the Direct Purchaser Plaintiffs intend to pursue their

claims against the Non-Settling Defendants, Counsel for the Direct Purchaser Plaintiffs shall

attend the February 11, 2014 Status Conference.

IT IS SO ORDERED.

                              S/Sean F. Cox_____
                              Sean F. Cox
                              United States District Judge

Dated:  January 9, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on
January 9, 2014, by electronic and/or ordinary mail.

                              S/Jennifer McCoy_____
                              Case Manager