# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042<br><br>MDL No. 2042<br><br>Honorable Sean F. Cox |

## ORDER
## GRANTING MOTION TO WITHDRAW

The Court, having considered the Motion to Withdraw of Jeffrey H. Newhouse, finds that the Motion should be, and is, hereby, GRANTED.

Therefore, it is ORDERED that Jeffrey Newhouse is permitted to withdraw as counsel of record for Defendants Panasonic Corporation and Panasonic Corporation of North America in the above-captioned matter.

Dated:  January 9, 2014

                                                 s/ Sean F. Cox
                                                 Honorable Sean F. Cox
                                                 United States District Judge