## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION _____ | No. 2:09-md-2042<br><br>MDL. No. 2042 |
| THIS DOCUMENT RELATES TO:<br>General Electric Co. v. Whirlpool Corp., et al., No. 2:13-12638 | Honorable Sean F. Cox |

### STIPULATED ORDER OF DISMISSAL OF EMBRACO NORTH AMERICA, INC., WHIRLPOOL S.A., AND WHIRLPOOL CORPORATION WITH PREJUDICE AND WITHOUT COSTS

WHEREAS, Embraco North America, Whirlpool S.A. and Whirlpool Corporation (collectively, the "Embraco Defendants") and General Electric Company ("GE") voluntarily agree and stipulate to an order as set forth below.

The Court, being advised of the stipulation between GE and the Embraco Defendants, as evidenced by the signatures of their counsel below, HEREBY ORDERS THAT:

1. All claims and causes of action against the Embraco Defendants as alleged in the Complaint filed by GE in *General Electric Co. v. Whirlpool Corp. et al.*, Case No. 2:13-cv-12638, ECF No. 1, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), and with each party to bear its own costs, including attorneys' fees and costs, associated with this matter.

2. GE and the Embraco Defendants agree that the foregoing stipulation shall not be deemed to be an admission of liability on the part of Embraco North America, Inc., Whirlpool, S.A., or Whirlpool Corporation.

**SO ORDERED.**

Dated:  January 17, 2014                           s/ Sean F. Cox
                                                                   Sean F. Cox
                                                                   U. S. District Judge

**Stipulated to and approved by:**

Dated: January 16, 2014

/s/ Kimberly L. Scott
By: Kimberly L. Scott (P69706)
Miller Canfield P.L.C.
101 North Main Street, 7th Floor
Ann Arbor, Michigan 48014
Telephone: (734) 668-7696
Email: scott@millercanfield.com

/s/ David M. Schnorrenberg
By: David M. Schnorrenberg, Esq. (DC Bar No. 458774)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004, U.S.A.
Telephone: (202) 624-2664
Email: dschnorrenberg@crowell.com

*Counsel for Plaintiff General Electric Company*


By:  /s/ Howard B. Iwrey
Howard B. Iwrey (P39365)
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0841
E-mail: hiwrey@dykema.com

Matthew Slater (D.C. Bar # 386986)
Brian Byrne (D.C. Bar #449881)
Elaine Ewing (D.C. Bar # 985569)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
E-mail: mslater@cgsh.com
E-mail: bbyrne@cgsh.com
E-mail: eewing@cgsh.com

*Counsel for Defendants Whirlpool S.A., Embraco North America, Inc., and Whirlpool Corporation*