# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

|   |   |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042 |
|   | MDL No. 2042 |
|   | Honorable Sean F. Cox |
| THIS DOCUMENT RELATES TO: INDIRECT PURCHASER PLAINTIFFS |   |

## STIPULATED ORDER REGARDING EXTENSION OF TIME TO SUBMIT INITIAL DISCLOSURES AND TO ANSWER THE INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT AND RESETTING DATE FOR STATUS CONFERENCE

The Court, having been apprised that Plaintiffs and Defendants other than Household Compressors Holding SPA and ACC USA, LLC intend to seek a dismissal of all claims and causes of action alleged by the Plaintiffs in the Third Consolidated Amended Complaint in *In Re: Refrigerant Compressors Antitrust Litigation*, Case No. 2:09-md-02042, with prejudice; and

The Court having considered the stipulation of the parties as evidenced by the signatures of their counsel below; and

The Court being otherwise fully advised in the premises hereof:

IT IS HEREBY ORDERED that

{34565/1/DT838445.DOC;1}

1. Defendants shall, if necessary, answer the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Doc. #314) on or before March 10, 2014.

2. All parties shall, if necessary, submit their Initial Disclosures with respect to the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint (Doc. #314) on or before March 10, 2014.

3. The Status Conference as to the Indirect Purchaser Plaintiffs' case only, currently set for March 4, 2014 at 2:00 p.m., is cancelled and rescheduled to occur, if necessary, at a date and time set by the Court on or after March 18, 2014.

SO ORDERED


Dated: February 25, 2014                s/ Sean F. Cox
                                        Sean F. Cox
                                        U. S. District Judge

**Stipulated to and approved by:**

Dated: February 20, 2014            Respectfully submitted,

/s/ David E. Plunkett (with consent)
David E. Plunkett (P66696)
Richard E. Rassel (P57540)
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 642-0333
dep@wwrplaw.com
rer@wwrplaw.com

*Interim Lead Counsel for the Indirect Purchaser Class*

/s/ Fred K. Hermann
Fred K. Herrmann (P49519)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
(313) 961-0200
fherrmann@kerr-russell.com

Jeffrey L. Kessler
A. Paul Victor
David Greenspan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4698
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com

*Counsel for Defendants Panasonic Corporation and Panasonic Corporation of North America*

/s/ Howard B. Iwrey (with consent)

Howard B. Iwrey (P39365)
James P. Feeney (P13335)
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0841
jfeeney@dykema.com
hiwrey@dykema.com

Leah Brannon
Brian Byrne
Elaine Ewing
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500
lbrannon@cgsh.com
bbyrne@cgsh.com
eewing@cgsh.com

*Counsel for Defendants Whirlpool S.A. and Embraco North America, Inc.*


/s/ John W. Allen (with consent)
John W. Allen (P10120)
Varnum LLP
251 North Rose Street, 4th Floor
Kalamazoo, MI 49007
(269) 382-2300
jwallen@varnumlaw.com

James M. Andriola
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
jandriola@reedsmith.com

*Counsel for Danfoss A/S, Danfoss, Inc., Danfoss Commercial Compressors, Ltd., Danfoss Scroll Technologies, LLC, Danfoss Turbocor Compressors, Inc. and Danfoss Flensburg GmbH*

/s/ Edward A. Geltman (with consent)
Edward A. Geltman
Iain R. McPhie
Jeremy W. Dutra
Squire Sanders (US) LLP
1200 19th Street, NW, Suite 300
Washington, DC 20036
Tel.: (202) 626-6600
Fax: (202) 626-6780
edward.geltman@squiresanders.com
iain.mcphie@squiresanders.com
jeremy.dutra@squiresanders.com


David A. Ettinger
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Tel.: (313)465-7368
Fax: (313) 465-7369
dettinger@honigman.com

*Counsel for the Tecumseh Defendants*