UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | ) ) No. 2:09-md-2042 ) ) MDL. No. 2042 ) ) Honorable Sean F. Cox ) |

THIS DOCUMENT RELATES TO:
All Indirect Purchaser Plaintiffs

# STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

WHEREAS, Tecumseh Products Company, Tecumseh Compressor Company, Tecumseh do Brasil, Ltda., Tecumseh do Brasil USA, LLC and their predecessors, successors, subsidiaries and affiliates (collectively, "Tecumseh Defendants"), Embraco North America Inc., Whirlpool S.A and their predecessors, successors, subsidiaries and affiliates (collectively, "Embraco Defendants"), Danfoss Flensburg GmbH, formerly Danfoss Compressors GmbH, Danfoss A/S, Danfoss LLC, formerly Danfoss, Inc., Danfoss Commercial Compressors, Ltd., Danfoss Compressor LLC, Danfoss Scroll Technologies, LLC and Danfoss Turbocor Compressors, Inc. and their predecessors, successors, subsidiaries and affiliates (collectively, "Danfoss Defendants"), and Panasonic Corporation, Panasonic Corporation of North America and their predecessors, successors,

subsidiaries and affiliates (collectively, "Panasonic Defendants"), and Air Cooling Energy Corp., Marc A. Barash, Bongo Burger, Inc., Scott Burgess, Julie Clark, Kevin M. Dean, Nathan Levi Esquerra, F.G. Farah & Partners, LLC, Maria Gounaris, Ingegerd Hesel, Thomas D. Hobbs, Jr., Royal W. Leith, III, Karla P. Levi, Saad Wholesale, Inc., Beatrice Scannapieco, Pat Tiede, Victoria Winslow, Peter Jacobus, Steve Larson, Nat Gaffet and Strong Electric (collectively, "Plaintiffs," and together with the Tecumseh Defendants, Embraco Defendants, Danfoss Defendants, and Panasonic Defendants, the "Parties") voluntarily agree and stipulate to an order as set forth below.

The Court, being advised of the stipulation between the Parties, as evidenced by the signatures of their counsel below, HEREBY ORDERS THAT:

1. All claims and causes of action against all the defendants, including ACC USA, LLC and Appliances Components Companies, S.p.A., as alleged by the Plaintiffs in the Third Consolidated Amended Complaint in *In Re: Refrigerant Compressors Antitrust Litigation*, Case No. 2:09-md-02042, are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A), and with each party to bear its own costs, including attorneys' fees and costs, associated with this matter.

2. The Parties agree that the foregoing stipulation shall not be deemed to be an admission of liability on the part of any defendant.

3. The Parties further stipulate that no party shall appeal or otherwise contest the dismissal of, or any other order or judgment in, the above-referenced Action.

**SO ORDERED**

Dated:  April 9, 2014                                             s/ Sean F. Cox
                                                                                  Sean F. Cox
                                                                                  U. S. District Judge

**Stipulated to and approved by:**

Dated: April 4, 2014                                                            Respectfully submitted,


/s/ David E. Plunkett____
David E. Plunkett (P66696)
Richard E. Rassel (P57540)
**WILLIAMS, WILLIAMS, RATTNER & PLUNKETT, P.C.**
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan 48009
Telephone: (248) 642-0333
dep@wwrplaw.com
rer@wwrplaw.com

           -and-

Timothy D. Battin
**STRAUS & BOIES, LLP**
4041 University Drive, 5th Floor
Fairfax, Virginia 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
tbattin@straus-boies.com


J. Douglas Richards
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, Fourteenth Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
drichards@cohenmilstein.com


Manfred P. Muecke
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
600 West Broadway, Suite 900
San Diego, California 92101

Telephone: (619) 756-7748
Facsimile: (602) 274-1

Andrew S. Friedman
Francis J. Balint
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afriedman@bftb.com
fbalint@bftb.com

Van Bunch
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
57 Carriage Hill
Signal Mountain, Tennessee 37377
Telephone: (423) 580-5342
vanb@earthlink.net

Daniel E. Birkhaeuser
**BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP**
2125 Walnut Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
dbirkhaeuser@bramsonplutzik.com

Michael G. Simon
**FRANKOVITCH, ANETAKISM COLANTONIO & SIMON**
337 Penco Road
Weirton, West Virginia 26062
Telephone: (304) 723-4400
Facsimile: (304) 723-5892
msimon@facslaw.com

Jeffrey A. Bartos
**GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.**
1625 Massachusetts Avenue, NW, Suite 700
Washington, DC 20036
Telephone: (202) 624-7400

Facsimile: (202) 624-7420
jbartos@geclaw.com

John D. Mills
**LAW OFFICE OF JOHN D. MILLS, P.A**
1415 Dean Street, Suite 105
Fort Myers, Florida 33901
Telephone: (239) 337-3535
Facsimile: (239) 337-3499
jdmlaw@att.net

Jon Adams
**LAW OFFICES OF JON ADAMS**
417 Riverside Drive, Suite 5F
New York, New York 10025
Telephone: (917) 842-2595
jonlawyer@gmail.com

Joseph M. Patane
**LAW OFFICES OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: ( 415) 346-0679
jpatane@tatp.com

Lance C. Young
**LAW OFFICE OF LANCE C. YOUNG**
43311 Joy Road #244
Canton, Michigan 48187
Telephone: (734) 446-6932
Facsimile: (734) 446-6937
younglcy@hotmail.com

Sherman Kassof
**LAW OFFICES OF SHERMAN KASSOF**
954 Risa Road, Suite B
Lafayette, California 94549
Telephone: (510) 652-2554
Facsimile: (510) 652-9308

heevay@att.net
heevay@yahoo.com

Matthew S. Wild
**WILD LAW GROUP, PLLC**
Harrison, New York 10528
Telephone: (914) 358-6443
mwild@wildlawgroup.com
John M. Perrin
**THE PERRIN LAW FIRM**
27735 Jefferson Avenue
Saint Clair Shores, Michigan 48081
Telephone: (586) 773-9500
Facsimile: (586) 773-3475
johnmperrin@sbcglobal.net

Marc G. Reich, Esq.
**REICH RADCLIFFE & KUTTLER LLP**
4675 MacArthur Court, Suite 550
Newport Beach, California 92660
Telephone: (949) 975-0512
Facsimile: (949) 975-0514
mgr@reichradcliffe.com

Susan LaCava
**LACAVA & LIEF, S.C.**
23 North Pinckney Street, Suite 300
Madison, Wisconsin 53703
Telephone: (608) 258-1335
Facsimile: (608) 258-1669
lacava@2llaw.com

Ian McLoughlin
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617-439-3939
imcloughlin@shulaw.com

Eric D. Barton

7

Tyler W. Hudson
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Telephone: (816) 701-1100
Facsimile: (816) 531-2372
ebarton@wcllp.com
thudson@wcllp.com

James F. Wyatt, III
**WYATT & BLAKE, LLP**
435 East Morehead Street
Charlotte, North Carolina 28202
Telephone: (704) 331-0767
Facsimile: (704) 331-0773
jfw@wyattlaw.net

*Attorneys for Plaintiffs*

/s/ Howard B. Iwrey (with consent)
Howard B. Iwrey
James P. Feeney
**DYKEMA GOSSETT PLLC**
39577 Woodward Avenue
Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0700
jfeeney@dykema.com
hiwrey@dykema.com


Brian Byrne
Elaine Ewing
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
lbrannon@cgsh.com
bbyrne@cgsh.com
eewing@cgsh.com

*Counsel for the Embraco Defendants*

/s/ Fred K. Hermann (with consent)
Fred K. Herrmann
**KERR, RUSSELL AND WEBER, PLC**
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 961-0200
fherrmann@kerr-russell.com

Jeffrey L. Kessler
A. Paul Victor
David Greenspan
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
jkessler@winston.com
pvictor@winston.com
dgreenspan@winston.com

*Counsel for the Panasonic Defendants*

9

/s/ John W. Allen (with consent)
John W. Allen
**VARNUM LLP**
251 North Rose Street, 4th Floor
Kalamazoo, MI 49007
Telephone: (269) 382-2300
jwallen@varnumlaw.com

James M. Andriola
**REED SMITH LLP**
599 Lexington Avenue
22nd Floor
New York, New York 10022
Telephone: (212) 521-5400
jandriola@reedsmith.com

*Counsel for the Danfoss Defendants*

/s/ David A. Ettinger (with consent)
David A. Ettinger
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone: (313) 465-7368
dettinger@honigman.com

Edward A. Geltman
Iain R. McPhie
Jeremy W. Dutra
**SQUIRE SANDERS (US) LLP**
1200 19th Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 626-6600
edward.geltman@squiresanders.com
iain.mcphie@squiresanders.com
jeremy.dutra@squiresanders.com

*Counsel for the Tecumseh Defendants*