# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | Master Docket No. 2:09-MD-2042 MDL<br><br>Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br><br>*General Electric Company v. Whirlpool Corporation, et al.* | Civil Action No. 2:13-cv-12638 |

## INDEX OF EXHIBITS TO REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DANFOSS FLENSBURG GMBH'S AND DANFOSS LLC'S MOTION TO DISMISS THE COMPLAINT OF GENERAL ELECTRIC COMPANY

| Exhibit | Description |
|---|---|
| 1 | *Motorola Mobility LLC v. AU Optronics Corp.*, (7th Cir. Mar. 27, 2014) |
| 2 | *Motorola Mobility, Inc. v. AU Optronics Corp.*, (N.D. Ill. Jan. 23, 2014) |