IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | No. 2:09-md-2042<br><br>MDL No. 2042 |
| THIS DOCUMENT RELATES TO: | Honorable Sean F. Cox |
| General Electric Company v. Whirlpool Corporation et al. | Case No. 2:13-cv-12638 |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2014, I electronically filed the REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DANFOSS FLENSBURG GMBH'S AND DANFOSS LLC'S MOTION TO DISMISS THE COMPLAINT OF GENERAL ELECTRIC COMPANY with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    I declare that the above statements are true to the best of my knowledge, information and belief.

Dated: April 30, 2014          /s/ Nicole R. Burkett
                                              Nicole R. Burkett