# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | Master Docket No. 2:09-MD-2042 MDL <br><br> Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO: <br><br> *General Electric Company v. Whirlpool Corporation, et al.* | Civil Action No. 2:13-cv-12638 |

## INDEX OF EXHIBITS TO REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION BY DANFOSS A/S TO DISMISS THE COMPLAINT OF GENERAL ELECTRIC COMPANY FOR LACK OF PERSONAL JURISDICTION

| Exhibit | Description |
|---|---|
| 1 | Declaration of Jesper Vaagelund Christensen, dated April 29, 2014 |
| 2 | Declaration of Jeffrey E. Glen, dated April 29, 2014 |

nydocs1-1031003.7