# EXHIBIT A

# DANFOSS INC.

## CONSENT OF DIRECTORS

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Baltimore Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Jørgen Mads Clausen | Chairman of the Board |
| Ole Steen Andersen | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Francis Schnell | Chief Financial Officer and Company Secretary |
| J. Bo Jørgensen | Assistant Company Secretary |
| Matthew Ott | Assistant Company Secretary |
| Finn Rask Pedersen | President of the Danfoss Drives Division |
| Preben H. Petersen | Vice President, Sales and Marketing Industrial of Danfoss Drives Division |
| Wes Perdue | President of Danfoss Videk Division |
| Charles Manz | President – Promotion and Administration of the Danfoss Drives Division |
| Charles Manz | Vice President – Administration, IT and Finance – Graham Division |
| Curt Monhard | Vice President – Global HEVAC |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 12th day of December, 2000.

_____  
Jørgen M. Clausen

_____  
Ole Steen Andersen

10565/2046

# DANFOSS INC.

## CONSENT OF DIRECTORS

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Baltimore Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Jørgen Mads Clausen | Chairman of the Board |
| Ole Steen Andersen | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Francis Schnell | Chief Financial Officer and Company Secretary |
| J. Bo Jørgensen | Assistant Company Secretary |
| Matthew Ott | Assistant Company Secretary |
| Charles Manz | President – Promotion and Administration of the Danfoss Drives Division |
| Charles Manz | Vice President – Administration, IT and Finance – Graham Division |
| Curt Monhard | Vice President – Global HEVAC |
| Johnny Rask Jensen | Vice President – US Water Business Unit |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 30th day of March, 2001.

_____  
Jørgen M. Clausen

_____  
Ole Steen Andersen

10565/4250

J. nr. S-10565-9

# DANFOSS INC.

## CONSENT OF DIRECTORS

---

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Baltimore Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Jørgen Mads Clausen | Chairman of the Board |
| Ole Steen Andersen | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Francis Schnell | Chief Financial Officer and Company Secretary |
| Anders Stahlschmidt | Assistant Company Secretary |
| Charles Manz | Vice President – Administration, IT and Finance – Graham Division |
| Curt Monhard | Vice President – Global HEVAC |
| Johnny Rask Jensen | Vice President – US Water Business Unit |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 30th day of April, 2004.

_____
Jørgen M. Clausen

_____
Ole Steen Andersen

_____
Henrik Clausen

1/1

J. nr. S-10565-9

# DANFOSS INC.

## CONSENT OF DIRECTORS

---

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Delaware Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Niels B. Christiansen | Chairman of the Board |
| Frederik Lotz | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Francis C. Schnell | Chief Financial Officer and Company Secretary |
| Peter Simson | Vice President – GBS - AME |
| Arnaldo Ricca | Vice President of Sales DD - NAM |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 11th day of April, 2008.

_____
Niels B. Christiansen

_____
Frederik Lotz

_____
Henrik Clausen

J. nr. S-10566-9

## DANFOSS INC.

### CONSENT OF DIRECTORS

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Delaware Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Niels B. Christiansen | Chairman of the Board |
| Frederik Lotz | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Peter Simson | Chief Financial Officer and Company Secretary<br>Vice President – GBS – AME |
| Arnaldo Ricca | Vice President of Sales DD – NAM |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 03rd day of October, 2008.

_____
Niels B. Christiansen

_____
Frederik Lotz

_____
Henrik Clausen

J. nr. S-10566-9

# DANFOSS INC.

## CONSENT OF DIRECTORS

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Delaware Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Niels B. Christiansen | Chairman of the Board |
| Frederik Lotz | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Steve Mendelsohn | Chief Financial Officer and Company Secretary |
| Peter Simson | Vice President – GBS – AME |
| Arnaldo Ricca | Vice President of Sales DD – NAM |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 01st day of March, 2009.

_____
Niels B. Christiansen

_____
Frederik Lotz

_____
Henrik Clausen

1/1

J. nr. S-10565-9

# DANFOSS INC.

## CONSENT OF DIRECTORS

---

THE UNDERSIGNED, being all of the members of the Board of Directors of Danfoss Inc., a Delaware Corporation, do hereby individually and unanimously take the following actions, which actions are permitted to be taken without a meeting on written consent:

RESOLVED, that the following persons be and hereby are nominated to the offices set opposite their respective name:

| | |
|---|---|
| Kim Fausing | Chairman of the Board |
| Frederik Lotz | Board Member |
| Henrik Clausen | Board Member |
| Robert Wilkins | President |
| Steve Mendelsohn | Chief Financial Officer and Company Secretary |
| Peter Simson | Vice President – GBS - AME |
| Arnaldo Ricca | Vice President of Sales DD - NAM |

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the 20th day of April, 2009.

_____          _____
Kim Fausing                                             Frederik Lotz

_____
Henrik Clausen

1/1