# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION | Master Docket No. 2:09-MD-2042 MDL<br><br>Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br><br>*General Electric Company v. Whirlpool Corporation, et al.* | Civil Action No. 2:13-cv-12638 |

## DECLARATION OF JEFFREY E. GLEN

Pursuant to 28 U.S.C. § 1746, Jeffrey E. Glen declares as follows:

1. My name is Jeffrey E. Glen. I am a shareholder of Anderson Kill P.C., the attorneys for Defendants Danfoss A/S, Danfoss Flensburg GmbH, and Danfoss LLC in this action.

2. I make this declaration to provide to the Court two documents which are referred to in the Reply Memorandum of Law in Further Support of Danfoss A/S's Motion to Dismiss the Complaint of General Electric Company for Lack of Personal Jurisdiction.

3. Exhibit A is a copy of Exhibit 21 to General Electric Company's 2013 10-k annual filing with the Securities and Exchange Commission.

nydocs1-1031331.2

It is captioned "Subsidiaries of Registrant," and contains the legend, "General Electric's principal affiliates as of December 31, 2013, are listed below."

    4.    Exhibit B is a copy of a Voluntary Dismissal Without Prejudice filed on December 26, 2012 by the attorneys for plaintiff in the action captioned *Harvey v. GE Co.*, No. 4:10CV021 (E.D. Mo.), dismissing the action as against General Electric Company, GE Money Bank, GE Consumer Finance, Inc., and General Electric Capital Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 29 day of April, 2014.

_____
JEFFREY E. GLEN