# EXHIBIT A

EX-21 7 exhibit21.htm EXHIBIT 21

**Exhibit 21**

## SUBSIDIARIES OF REGISTRANT

**General Electric's principal affiliates as of December 31, 2013, are listed below. All other affiliates, if considered in the aggregate as a single affiliate, would not constitute a significant subsidiary.**

### AFFILIATES OF REGISTRANT INCLUDED IN REGISTRANT'S FINANCIAL STATEMENTS

| | Percentage of voting securities directly or indirectly owned by registrant (1) | State or Country of incorporation or organization |
|---|---|---|
| Amersham Health Norge AS | 100 | Norway |
| Bently Nevada, Inc. | 100 | Delaware |
| Calma Company | 100 | Delaware |
| Cardinal Cogen, Inc. | 100 | Delaware |
| Caribe GE International of Puerto Rico, Inc. | 100 | Puerto Rico |
| Datex-Ohmeda, Inc. | 100 | Delaware |
| Dresser, Inc. | 100 | Delaware |
| Druck Incorporated | 100 | Connecticut |
| GE Aviation Service Operation LLP | 100 | Singapore |
| GE Aviation Systems Group Limited | 100 | United Kingdom and Northern Ireland |
| GE Aviation Systems North America, Inc. | 100 | Delaware |
| GE Aviation UK | 100 | United Kingdom and Northern Ireland |
| GE Betz International, Inc. | 100 | Pennsylvania |
| GE Caledonian Limited | 100 | United Kingdom & Northern Ireland |
| GE Capital Global Financial Holdings, Inc. | 100 | Connecticut |
| GE Capital UK Finance | 100 | United Kingdom & Northern Ireland |
| GE Drives & Controls, Inc. | 100 | Delaware |
| GE Druck Holdings Limited | 100 | United Kingdom & Northern Ireland |
| GE Energy Europe B.V. | 100 | Netherlands |
| GE Energy Netherlands, B.V. | 100 | Netherlands |
| GE Energy Parts, Inc. | 100 | Delaware |
| GE Energy Power Conversion Group SAS | 100 | France |
| GE Energy Products France SNC | 100 | France |
| GE Energy Services, Inc. | 100 | Delaware |
| GE Energy (USA), LLC | 100 | Delaware |
| GE Engine Services, LLC | 100 | Delaware |
| GE Engine Services - Dallas, LP | 100 | Delaware |
| GE Engine Services Distribution, LLC | 100 | Delaware |
| GE Engine Services UNC Holding I, Inc. | 100 | Delaware |
| GE Europe Holdings LLC | 100 | Delaware |
| GE Financial Assurance Holdings, Inc. | 100 | Delaware |

| | | |
|---|---|---|
| GE Financial Funding | 100 | Ireland |
| GE Financial Ireland | 100 | Ireland |
| GE Gas Turbines (Greenville) L.L.C. | 100 | Delaware |
| GE Generators (Pensacola), L.L.C. | 100 | Delaware |
| GE Global Sourcing LLC | 100 | Delaware |
| GE Healthcare AS | 100 | Norway |
| GE Healthcare Bio-Sciences AB | 100 | Sweden |
| GE Healthcare BVBA | 100 | Belgium |
| GE Healthcare European Holdings SARL | 100 | Luxembourg |
| GE Healthcare Finland Oy | 100 | Finland |
| GE Healthcare Japan Corporation | 100 | Japan |
| GE Healthcare Ltd. | 100 | United Kingdom & Northern Ireland |

| | Percentage of voting securities directly or indirectly owned by registrant (1) | State or Country of incorporation or organization |
|---|---|---|
| GE Healthcare Norge AS | 100 | Norway |
| GE Healthcare USA Holding Inc. | 100 | Delaware |
| GE Holdings Luxembourg & Co. SARL | 100 | Luxembourg |
| GE Hungary Kft. | 100 | Hungary |
| GE Infrastructure Aviation Limited | 100 | United Kingdom & Northern Ireland |
| GE Infrastructure, Inc. | 100 | Delaware |
| GE Infrastructure Technology International LLC. | 100 | Delaware |
| GE Inspection and Repair Services Limited | 100 | United Kingdom & Northern Ireland |
| GE Intelligent Platforms Embedded Systems, Inc. | 100 | Delaware |
| GE Intelligent Platforms, Inc. | 100 | Delaware |
| GE Investments, Inc. | 100 | Nevada |
| GE Ionics Inc. | 100 | Massachusetts |
| GE Italia Holding S.p.A | 99 | Italy |
| GE Jenbacher GmbH & Co OG | 100 | Austria |
| GE Keppel Energy Services Pte. Ltd. | 50 | Singapore |
| GE Maintenance Services, Inc. | 100 | Delaware |
| GE Media Holdings, Inc. | 100 | Delaware |
| GE Medical Systems Global Technology Company, LLC | 100 | Delaware |
| GE Medical Systems Information Technologies, Inc. | 100 | Wisconsin |
| GE Medical Systems Societe en Commandite Simple | 100 | France |
| GE Medical Systems, Inc. | 100 | Delaware |
| GE Medical Systems, LLC | 100 | Delaware |
| GE Medical Systems, Ultrasound & Primary Care Diagnostics LLC | 100 | Delaware |
| GE Military Systems | 100 | Delaware |
| GE Oil & Gas U.K. Limited | 100 | United Kingdom & Northern Ireland |
| GE Osmonics, Inc. | 100 | Minnesota |
| GE Pacific Holdings Pte. Ltd. | 100 | Singapore |
| GE Pacific Private Limited | 100 | Singapore |
| GE Packaged Power, Inc. | 100 | Delaware |
| GE Packaged Power, L.P. | 100 | Delaware |
| GE Transportation Parts, LLC | 100 | Delaware |
| GE Transportation Systems Global Signaling, LLC | 100 | Delaware |
| GE UK Group Limited | 100 | United Kingdom & Northern Ireland |
| GE Water & Process Technologies Canada | 100 | Canada |
| GE Wind Energy, LLC | 100 | Delaware |
| GEA Parts, LLC | 100 | Delaware |
| GEA Products LP | 100 | Delaware |
| GEAE Technology, Inc. | 100 | Delaware |
| GEFH AS | 100 | Norway |
| GEH HOLDINGS | 100 | United Kingdom & Northern Ireland |
| GENE Holding LLC | 100 | Delaware |

| | | |
|---|---|---|
| General Electric (Bermuda) Ltd. | 100 | Bermuda |
| General Electric Canada Company | 100 | Canada |
| General Electric Capital Corporation | 100 | Delaware |
| General Electric CGR Europe SAS | 100 | France |
| General Electric Europe Holdings C.V. | 100 | Netherlands |
| General Electric Finance Holding GmbH | 100 | Germany |
| General Electric Financing C.V. | 100 | Netherlands |
| General Electric Foreign Sales Corporation | 100 | The Bahamas and Eleuthera Island |
| General Electric International (Benelux) BV | 100 | Netherlands |
| General Electric International, Inc. | 100 | Delaware |
| General Electric International Operations Company, Inc. | 100 | Delaware |

| | Percentage of voting securities directly or indirectly owned by registrant (1) | State or Country of incorporation or organization |
|---|---|---|
| General Electric Services (Bermuda) Ltd. | 100 | Bermuda |
| General Electric Services Luxembourg SARL | 100 | Luxembourg |
| Granite Services, Inc. | 100 | Delaware |
| IDX Systems Corporation | 100 | Vermont |
| Monogram Licensing, Inc. | 100 | Delaware |
| Monogram Licensing International, Inc. | 100 | Delaware |
| MRA Systems, Inc. | 100 | Delaware |
| Nuclear Fuel Holding Co., Inc. | 100 | Delaware |
| Nuovo Pignone S.p.A. | 100 | Italy |
| OEC Medical Systems, Inc. | 100 | Delaware |
| Panametrics Ltd. | 100 | Bermuda |
| Patent Licensing International, Inc. | 100 | Delaware |
| PII Limited | 100 | United Kingdom & Northern Ireland |
| Reuter-Stokes, Inc. | 100 | Delaware |
| Unison Industries, LLC | 100 | Delaware |
| Viceroy, Inc. | 100 | Delaware |
| Whatman Limited | 100 | United Kingdom & Northern Ireland |

(1) With respect to certain companies, shares in names of nominees and qualifying shares in names of directors are included in above percentages.