# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAYNE C. HARVEY, on behalf of himself and all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:10-CV-02102-HEA<br>)<br>)<br>)<br>) |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), hereby dismisses General Electric Company, GE Money Bank, GE Consumer Finance, Inc. and General Electric Capital Corporation from this action without prejudice.

Respectfully submitted,

WOOD LAW FIRM, LLC

By   /s/ Noah K. Wood
Noah K. Wood    MO Bar # 51249
noah@woodlaw.com
1100 Main Street, Suite 1800
Kansas City, MO 64105-5171
T: (816) 256-3582
F: (816) 337-4243

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify on this 26th day of December, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification to all attorneys of record.

By   /s/Noah K. Wood
Attorneys for Plaintiff