UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION**<br><br>This Document Relates to<br>ALL DIRECT PURCHASER ACTIONS | MDL No. 2:09-md-02042<br><br>HONORABLE SEAN F. COX<br>UNITED STATES DISTRICT JUDGE |

## ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Upon the petition of DP Plaintiffs' Counsel for an order granting an award of attorneys' fees and reimbursement of expenses and all papers submitted in support thereof; notice having been given to the Settlement Class; no objections having been filed; the Court having held a hearing on June 12, 2014, at which all affected persons had an opportunity to present their views; and the Court being fully apprised of the facts and circumstances,

IT IS ORDERED:

1.  The Notice provided to the Settlement Class of the fee petition complied with the Court's Orders, met the requirements of Rule 23 of the Federal Rules of Civil Procedure and due process, was the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled thereto.[1]

2.  The Notice advised Settlement Class Members that DP Plaintiffs' Counsel would ask the Court to approve from the Settlement Funds payment of attorney's fees amounting to up to 30% of the Settlement Funds, as well as reimbursement for costs and expenses incurred in the prosecution of the lawsuit not to exceed $500,000, and incentive payments of $7,500 for each of the three class representatives.  The deadline for Settlement Class Members to object to the

---

[1] Terms capitalized in this Order have the same meaning as those used in the Settlement Agreements.

requested attorneys' fees and expenses and incentive payments to the class representatives was May 23, 2014. As of June 11, 2014, no objections were received by DP Plaintiffs' Counsel, by the Claims Administrator or by the Court.

3. The Court hereby grants an award of attorneys' fees of 30% of the Settlement Funds paid by the Tecumseh Defendants, Embraco Defendants, Danfoss Flensburg, and Panasonic Defendants.

4. This fee award shall be allocated among DP Plaintiffs' Counsel by DP Plaintiffs' Class Counsel in a manner in which DP Plaintiffs' Class Counsel in good faith determine reflects the contributions of such counsel to the prosecution of this litigation and the settlements achieved on behalf of the class.

5. The Court also grants DP Plaintiffs' Counsel's application for reimbursement of expenses in the amount of $320,807.26 to be paid from the Settlement Funds.

6. The Court also grants the payment from the Settlement Funds the amount of $7,500 to each of the class representatives, namely Appliance Parts Distributors, Inc., B&B Appliance parts of Mobile, Inc., and Sanden Vendo America, Inc.

Dated:  June 16, 2014                         s/ Sean F. Cox
                                              Sean F. Cox
                                              U. S. District Judge


I hereby certify that on June 16, 2014, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                              s/ Jennifer McCoy
                                              Case Manager