UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Refrigerant Compressors
Antitrust Litigation

Case No. 2:09-md-02042
Case No. 2:13-12638

_____/

Honorable Sean F. Cox

This Document Relates to 13-12638,
General Electric v Whirlpool Corp, et al.,

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing on Plaintiff's (GE) Motion to Compel Further Responses to Jurisdictional Discovery (MDL ECF 516; GE ECF 95) that began on May 19, 2015, will resume on July 23, 2015 at 9:00 a.m., before Edward M. Kronk, Special Jurisdictional Discovery Master, at the offices of Brooks Wilkins Sharkey & Turco, 401 South Old Woodward, Suite 400, Birmingham, Michigan 48009.

The parties are directed to submit to the Special Jurisdictional Discovery Master on or before July 16, 2015, a Second Supplemental Joint Status Report summarizing the parties' efforts since May 19, 2015 to narrow further the areas in dispute regarding the pending motion in light of the discussion during the May 19, 2015 hearing, and describing the results of those efforts.

Date: June 10, 2015

/s/ Edward M. Kronk
Edward M. Kronk, Special Jurisdictional
Discovery Master

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                              By: /s/ Edward M. Kronk
                                   Edward M. Kronk (P16258)
                                   **Brooks Wilkins Sharkey & Turco PLLC**
                                   401 S. Old Woodward Avenue, Suite 400
                                   Birmingham, MI 48009
                                   248-971-1719
                                   kronk@bwst-law.com